**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **Delaware**
                                  (State)

Case number (*If known*): 24-_____ Chapter __11__

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | |
|---|---|
| 1. **Debtor's name** | WOM S.A. |

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

   Nextel S.A.

3. **Debtor's federal Employer Identification Number (EIN)**

   N/A __ – __ __ __ __ __ __ __

4. **Debtor's address**

   **Principal place of business**

   General Mackenna 1369

   Number     Street

   Santiago, Chile

   City                State    ZIP Code

   _____
   County

   **Mailing address, if different from principal place of business**

   Number     Street

   _____
   P.O. Box

   City                State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number     Street

   _____

   City                State    ZIP Code

5. **Debtor's website** (URL)    https://www.wom.cl/

Debtor **WOM S.A.**
Name

Case number *(if known)* 24-

---

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

---

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

5   1   7   2

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

Debtor    WOM S.A.                                              Case number *(if known)* 24-
_____                                  _____
Name

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.  District _____  When _____  Case number _____
                                              MM / DD / YYYY

         District _____  When _____  Case number _____
                                              MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☑ Yes.  Debtor   See attached Exhibit A        Relationship   Affiliate
         _____                          _____

         District   Delaware                    When   Date hereof
         _____                   _____
                                                        MM  /  DD  / YYYY

         Case number, if known   _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number        Street

                          _____

                          _____
                          City                              State ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

      Contact name _____

      Phone _____

---

**Statistical and administrative information**

---

Debtor    WOM S.A.
_____    Case number (if known) 24-_____
         Name

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49                  ☑ 1,000-5,000              ☐ 25,001-50,000
☐ 50-99                 ☐ 5,001-10,000             ☐ 50,001-100,000
☐ 100-199               ☐ 10,001-25,000            ☐ More than 100,000
☐ 200-999

**15. Estimated assets**

☐ $0-$50,000            ☐ $1,000,001-$10 million       ☐ $500,000,001-$1 billion
☐ $50,001-$100,000      ☐ $10,000,001-$50 million      ☑ $1,000,000,001-$10 billion
☐ $100,001-$500,000     ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million   ☐ $100,000,001-$500 million    ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0-$50,000            ☐ $1,000,001-$10 million       ☐ $500,000,001-$1 billion
☐ $50,001-$100,000      ☐ $10,000,001-$50 million      ☑ $1,000,000,001-$10 billion
☐ $100,001-$500,000     ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million   ☐ $100,000,001-$500 million    ☐ More than $50 billion

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  04/01/2024
            _____
            MM  / DD / YYYY

✗ /s/ Timothy O'Connor                          Timothy O'Connor
_____              _____
Signature of authorized representative of debtor    Printed name

Title  Independent Director
     _____

Debtor    WOM S.A.
_____    Case number (*if known*)__24-_____
Name

**18. Signature of attorney**    ✖ /s/ John H. Knight    Date    04/01/2024
_____    _____
Signature of attorney for debtor    MM  / DD  / YYYY

John H. Knight
_____
Printed name

Richards, Layton & Finger, P.A.
_____
Firm name

920        North King Street
_____
Number        Street

Wilmington                                    DE        19801
_____    _____    _____
City    State    ZIP Code

(302) 651-7700                                knight@rlf.com
_____    _____
Contact phone    Email address

3848                                        DE
_____    _____
Bar number    State

WOM S.A.

**<u>Exhibit A</u>**

**Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor**

On the date hereof, each of the affiliated entities listed below (collectively, the "**Debtors**") (including the debtor in this chapter 11 case) filed in this Court a petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.*, as amended.  Contemporaneously with the filing of these petitions, the Debtors have moved for joint administration of their respective chapter 11 cases for procedural purposes only under the case number assigned to the chapter 11 case of WOM S.A.

1. Kenbourne Invest S.A.
2. NC Telecom II AS
3. WOM Mobile S.A.
4. WOM S.A.
5. Multikom S.A.
6. Conect S.A.

<table>
<tr><td>

**ACTA**

**SESIÓN EXTRAORDINARIA DE DIRECTORIO**

**WOM S.A.**

En Santiago de Chile, a 31 de marzo de 2024, siendo las 07:00 a.m. (CLT), en las oficinas de WOM S.A., (en adelante la "**Sociedad**") ubicadas en General Mackenna 1369, comuna y ciudad de Santiago, Región Metropolitana, se reunió el directorio de WOM S.A.

Se encuentran presentes los siguientes directores de la Sociedad: Thomas Leslie, don Jaroslav Valiukevic, don Kristopher Brigham y don Timothy P. O´Connor.

Se deja constancia que los señores directores Thomas Leslie, Jaroslav Valiukevic, Kristopher Brigham y Timothy P. O´Connor se encuentran presentes vía telefónica, encontrándose conectados por conferencia telefónica simultánea, continua e ininterrumpidamente.

Preside la sesión, en esta ocasión, don Thomas Leslie y actúa como secretario especialmente designado para estos efectos, don Kristopher Brigham.

Se discuten y aprueban las siguientes materias:

**PRIMERO: QUÓRUM.**

Se deja constancia que de conformidad al Artículo 84 del Decreto 702 que establece el Reglamento de Sociedades Anónimas se omitió efectuar las citaciones pertinentes toda vez que se encontraba comprometida de antemano la presencia de todos los directores.

Se tiene por legalmente abierta la presente sesión.

</td><td>

**MINUTES OF**

**EXTRAORDINARY BOARD OF DIRECTORS MEETING**

**WOM S.A.**

In Santiago, Republic of Chile, on March 31st, 2024, at 07:00 a.m. (CLT), at the corporate offices of WOM S.A., (hereinafter, the "**Company**") located at General Mackenna 1369, Santiago, Metropolitan Region, met the Board of Directors of WOM S.A.

The following directors of the Company are present: Mr. Thomas Leslie, Mr. Jaroslav Valiukevic, Mr. Kristopher Brigham and Mr.Timothy P. O´Connor.

It is hereby noted that directors Thomas Leslie, Jaroslav Valiukevic, Kristopher Brigham and Timothy P. O´Connor are present by phone and are connected by simultaneous, continuous and uninterrupted conference call.

On this occasion, Mr. Thomas Leslie chairs the meeting and Mr. Kristopher Brigham acts as specially appointed secretary.

The following matters are discussed and approved:

**FIRST: QUORUM.**

It is hereby noted that in accordance with Article 84 of Decree 702, which establishes the Regulations of Corporations, the pertinent summons were omitted since the presence of all the directors had been agreed upon in advance.

This meeting is deemed to be legally open.

</td></tr>
</table>

**SEGUNDO: APROBACIÓN DEL ACTA DE LA SESIÓN ANTERIOR.**

Se dio lectura al acta de la sesión anterior, siendo aprobada por la unanimidad de los señores directores sin observaciones ni modificaciones.

**TERCERO: POSIBLE INICIO DE PROCESO DE REORGANIZACIÓN JUDICIAL Y PODERES.**

El señor secretario destacó que el punto más importante a tratar en esta Sesión de Directorio era la situación delicada de flujo de caja de la Sociedad en el corto plazo, la cual es de conocimiento de los señores directores y que se ha venido discutiendo desde hace algunos meses. Se procedió a analizar la situación actual de la Sociedad.

Además, el señor secretario informó al Directorio que, el déficit de caja ha aumentado y la proyección de efectivo ha disminuido producto de los diversos eventos que han afectado el ordinario desarrollo de las actividades comerciales de la Sociedad. Todo esto ha ocasionado un incierto escenario financiero para el resto del año 2024.

En atención a lo anterior, el secretario señaló que, desde hace varias semanas, se han propuesto y analizado una serie de mecanismos para obtener el financiamiento requerido y que buscan solucionar, al menos de forma temporal, el perfil de liquidez de la Sociedad. Sin embargo, no ha sido posible conseguir el financiamiento necesario que garantice poder pagar las obligaciones corrientes en el corto/mediano plazo, dejando a la Sociedad sin recursos para afrontar sus compromisos futuros más inmediatos.

Asimismo, el secretario agregó que, han existido conversaciones con los distintos acreedores de la Sociedad para intentar restructurar las obligaciones de la misma, en las que, si bien han existido avances

**SECOND: APPROVAL OF MINUTES OF THE PREVIOUS MEETING.**

The minutes of the previous Board of Directors' meeting was read and unanimously approved by the directors without comments or amendments.

**THIRD: POSSIBLE INITIATION OF A JUDICIAL REORGANIZATION PROCESS AND POWERS OF ATTORNEY.**

The secretary pointed out that the most important issue to be discussed at this Board meeting was the Company's delicate short-term cash flow situation, about which the Directors were aware of and had been discussing since some months. The Company's current situation was analyzed.

In addition, the secretary informed the Board that the cash deficit had increased and projected cash had decreased as a result of various events that had affected the normal development of the Company's commercial activities. All this has led to an uncertain financial scenario for the remainder of 2024.

In view of the above, the secretary indicated that, for several weeks, a number of mechanisms have been proposed and analyzed regarding obtaining the necessary financing and resolving, at least temporarily, the Company´s liquidity profile. However, it has not been possible to obtain the necessary financing to guarantee the payment of current obligations in the short to medium term, leaving the Company without the resources to meet its most immediate future obligations.

The secretary added that discussions had been held with the Company's various creditors in an attempt to restructure the Company's obligations and that, although significant progress had been made, it had

2

importantes, no se ha logrado finalizar todos los acuerdos definitivos necesarios.

El Directorio ha revisado y considerado (a) las presentaciones de la administración y de los asesores financieros y legales de la Sociedad con respecto a los pasivos y la liquidez de la Sociedad, las alternativas estratégicas disponibles y el impacto de lo anterior en los negocios de la Sociedad, (b) la información y el asesoramiento previamente proporcionados y revisados por el Directorio, y (c) los asuntos relacionados informados en las reuniones de cada Directorio. El Directorio ha tenido la oportunidad de consultar con la gerencia y los asesores financieros y legales de la Sociedad y de considerar plenamente cada una de las alternativas estratégicas disponibles para la Sociedad.

Como consecuencia de lo expuesto anteriormente y, basándose en la revisión de todas las alternativas disponibles y en el asesoramiento proporcionado por dichos asesores financieros y legales, y la administración de la Sociedad, el señor secretario indicó que posiblemente sea necesario recurrir a un proceso de reorganización, ya sea en Estados Unidos de América o en Chile, cuestión que sigue siendo estudiada por la administración.

Esta posible alternativa ha sido evaluada por la administración en el último tiempo, asesorada por un equipo legal y financiero que incluye a los asesores legales White & Case LLP en los Estados Unidos de América y Carey y Cía. Ltda. en Chile, y los asesores financieros, Rothschild & Co US Inc. y Riveron Consulting LLC.

Este proceso, facultaría a la Sociedad para reestructurar sus pasivos y activos, permitiendo la continuidad de sus actividades comerciales y el cumplimiento de sus compromisos con clientes y trabajadores.

not been possible to finalize all the necessary definitive agreements.

The Board of Directors has reviewed and considered (a) the presentations by the Company's management and financial and legal advisors regarding the liabilities and liquidity of the Company, the strategic alternatives available to it, and the impact of the foregoing on the Company's businesses, (b) the information and advice previously provided to and reviewed by the Board of Directors, and (c) the related matters reported on at meetings of each the Board of Directors. The Board of Directors has had the opportunity to consult with the Company's management and financial and legal advisors and fully consider each of the strategic alternatives available to the Company.

As a consequence of the above and, based on their review of all available alternatives and advice provided by such financial and legal advisors, and the Company's management, the secretary has indicated that it may be necessary to resort to a reorganization process, either in the United States of America or in Chile, a matter which management continues to consider.

This possible alternative has recently been evaluated by the management with the advice of a legal and financial team including the legal advisors White & Case LLP in the United States of America and Carey y Cía. Ltda. in Chile, and financial advisors Rothschild & Co US Inc. and Riveron Consulting LLC.

This process would allow the company to restructure its liabilities and assets, thereby enabling the continuity of its business activities and the fulfilment of its obligations with customers and employees.

A continuación, el Presidente pasó a explicar las principales características, cronograma y efectos del potencial procedimiento de reorganización judicial, tanto en Estados Unidos de América como en Chile, según lo discutido en reuniones anteriores con los abogados mencionados.

Después de debatir la materia, el Directorio acordó por unanimidad de los presentes, siguiendo el criterio empresarial del Directorio, era conveniente y redundaba en beneficio de la Sociedad, sus accionistas, sus acreedores y otras partes interesadas presentar, o hacer que se presente, una petición voluntaria en virtud de *Chapter 11* en virtud de lo dispuesto en el capítulo 11 del título 11 del Código de Quiebras de los Estados Unidos de América (el "***Chapter 11***" y el "**Código de Quiebras**", respectivamente) ante el Tribunal de Quiebras de los Estados Unidos de América para el Distrito de Delaware (el "**Tribunal de Quiebras**") y cualquier otra petición de exoneración o reconocimiento u otra orden que pueda ser conveniente en virtud de la legislación aplicable en los Estados Unidos, así como una solicitud de inicio de un procedimiento concursal de reorganización judicial bajo la ley chilena, de ser necesario, y adoptar todas y cada una de las medidas que considere necesarias o apropiadas.

El Directorio acordó que Christopher Bannister, en su calidad de Gerente General, Eduardo Jara Arnal en su calidad de Vice Presidente de Asuntos Corporativos, Álvaro Araya Zamorano en su calidad de Gerente de Finanzas, Thomas Leslie, Jaroslav Valiukevic y Timothy P. P´Connor, o las personas designadas por cada uno de ellos o aquellas que las reemplacen en el futuro en el caso del Gerente General, Vice Presidente de Asuntos Corporativos, o Gerente de Finanzas (cada uno, un "**Firmante Autorizado**" y colectivamente,

The Chairman then explained the main features, timetable and implications of the possible reorganization process, both in the United States of America and in Chile, as discussed in previous meetings with the above-mentioned lawyers.

After discussing the matter, the Board of Directors unanimously agreed that, in the business judgment of the Board, it is desirable and in the best interests of the Company, its stockholders, its creditors, and other parties in interest to file, or cause to be filed, a voluntary petition for relief (the "**Chapter 11 Cases**") under the provisions of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**") and any other petition for relief or recognition or other order that may be desirable under applicable law in the United States, and, if necessary, request for the initiation of a judicial reorganization proceedings under Chilean law, and to take any and all actions, that it deems necessary or appropriate.

The Board of Directors agreed that Christopher Bannister, in his capacity of Chief Executive Officer, Eduardo Jara Arnal in his capacity of Vice President of Corporate Affairs, Álvaro Araya Zamorano in his capacity of Chief Financial Officer, Thomas Leslie, Jaroslav Valiukevic and Timothy P. P´Connor, or each such officer's designees or those who may replace them in the future in case of the Chief Executive Officer, Vice President of Corporate Affairs, or Chief Financial Officer (each, an "**Authorized Signatory**" and collectively, the "**Authorized Signatories**") of the Company, acting alone or with one or more

los "**Firmantes Autorizados**") de la Sociedad, actuando solos o con uno o más de los otros Firmantes Autorizados podrán, junto con los asesores de la Sociedad, ejecutar y presentar en nombre de la Sociedad todas las peticiones, a ejecutar y presentar en nombre de la Sociedad todas las peticiones, anexos, listas y otras mociones, solicitudes, alegatos, papeles o documentos, y a emprender todas las acciones que consideren necesarias o adecuadas para obtener dicho alivio bajo un procedimiento concursal, incluyendo, sin limitación, cualquier acción necesaria para mantener el funcionamiento ordinario de los negocios de la Sociedad y en relación con el *Chapter 11* o un procedimiento concursal chileno, y para poder llevarlos a cabo con éxito.

other Authorized Signatories may, together with the Company's advisors, execute and file on behalf of the Company all petitions, schedules, lists and other motions, applications, pleadings, papers, or documents, and to take any and all actions that they deem necessary or proper to obtain such relief, including, without limitation, any action necessary to maintain the ordinary course operation of the Company's businesses and in connection with the Chapter 11 Cases or a Chilean reorganization proceeding, with a view to the successful prosecution of the cases.

Para llevar a cabo lo anterior, el Directorio acordó por unanimidad que los Firmantes Autorizados estén, y por el presente están, autorizados y facultados, con todas y cada una de las facultades ordinarias y extraordinarias del mandato judicial contempladas en ambos incisos del artículo siete del Código de Procedimiento Civil (las que incluyen la facultad de desistirse en primera instancia de la acción deducida, aceptar la demanda contraria, absolver posiciones, renunciar a los recursos y los términos legales, transigir, con declaración expresa que la facultad de transigir comprende también la transacción extrajudicial, comprometer, otorgar a los árbitros facultades de arbitradores, aprobar convenios judiciales o extrajudiciales, percibir, otorgar quitas o esperas; aprobar acuerdos judiciales o extrajudiciales, percibir, conceder reducciones o renuncias), así como representar con amplias facultades a la Sociedad en todo tipo de procedimientos concursales que se susciten dentro y fuera del territorio de Chile, estando especialmente facultado para iniciarlos, así como para conocer, modificar y adoptar acuerdos de reorganización ya sea en Estados Unidos o

In order to carry out such assignment, The Board of Directors unanimously agreed that the Authorized Signatories be, and they hereby are, authorized, empowered and directed (including with each of the ordinary and extraordinary powers of the legal mandate provided for in both paragraphs of Article Seven of the Chilean Civil Procedural Code, which include the power to withdraw in the first instance from the filed action, to accept the opposing claim, to waive positions, to waive remedies and legal terms, to compromise, with the express declaration that the power to compromise also includes the extrajudicial compromise, to agree on arbitral clauses, to grant the arbitrators the powers of arbitrators (*ex aequo et bono*), to approve judicial or extrajudicial agreements, to perceive, to grant reductions or waivers), as well as represent the Company, with full powers, in all types of insolvency proceedings, both within and outside the territory of Chile, with particular powers to initiate them, as well as to know, modify and approve reorganization agreements, either in the United States of America or in Chile, and to attend and vote in the hearings,

Chile, y asistir y votar en las audiencias, juntas y/o comisiones de acreedores que se celebren con motivo de la tramitación de los respectivos procedimientos concursales. Las facultades precedentes no revocan ningún otro poder otorgado por la Sociedad con anterioridad.

El Directorio acordó por unanimidad que los Firmantes Autorizados estén, y por el presente están, autorizados y facultados para emplear:

- al estudio de abogados White & Case LLP ("**W&C**") como asesor general en materia de insolvencias y al estudio de abogados Richards, Layton & Finger ("**RLF**") como asesor local en materia de insolvencias, en cada caso para representar y asistir a la Sociedad en el cumplimiento de sus obligaciones en virtud del Código de Quiebras, y para llevar a cabo todas las acciones necesarias para promover los derechos y obligaciones de la Sociedad, incluida la presentación de cualquier moción, objeción, respuesta, solicitud o alegato; y en relación con ello, cada uno de los Firmantes Autorizados, con poder de delegación, queda por la presente autorizado y facultado para ejecutar los acuerdos de retención apropiados, pagar las retenciones apropiadas, y hacer que se presente una solicitud apropiada de autorización para retener los servicios de W&C y RLF de conformidad con la ley aplicable;

- a la empresa Riveron Consulting LLC ("**Riveron**") como asesor financiero y de reestructuración y a Rothschild & Co US Inc. ("**Rothschild**") como banco de inversión de la Sociedad, en cada caso para representar y asistir a la Sociedad en el desempeño de sus funciones en virtud del Código de

meetings and/or creditors' committees held in connection with the management of the respective bankruptcy proceedings. The foregoing powers shall not revoke any other powers previously granted by the Company.

The Board of Directors further unanimously agreed that each of the Authorized Signatories be, and they hereby are, authorized and directed to employ:

- the law firm of White & Case LLP ("**W&C**") as general bankruptcy counsel and the law firm of Richards, Layton & Finger ("**RLF**") as local bankruptcy counsel, in each case to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including filing any motions, objections, replies, applications, or pleadings; and in connection therewith, each of the Authorized Signatories, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of W&C and RLF in accordance with applicable law;

- the firm of Riveron Consulting LLC ("**Riveron**") as restructuring and financial advisor and Rothschild & Co US Inc. ("**Rothschild**") as investment banker to the Company, in each case to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to

Quiebras, y para tomar todas las medidas necesarias para promover los derechos y obligaciones de la Sociedad; y en relación con ello, cada uno de los Firmantes Autorizados, con poder de delegación, queda autorizado facultado para suscribir los acuerdos de retención apropiados, pagar las retenciones apropiadas, y hacer que se presente una solicitud apropiada de autorización para emplear o retener los servicios de Riveron y Rothschild de conformidad con la legislación aplicable;

- la firma de Kroll Restructuring Administration LLC. ("**Kroll**"), como agente de notificaciones y reclamaciones para representar y asistir a la Sociedad en el desempeño de sus obligaciones en virtud del Código de Quiebras, y para tomar todas y cada una de las medidas para impulsar los derechos y obligaciones de la Sociedad; y en relación con ello, cada uno de los Firmantes Autorizados, con poder de delegación, queda por la presente autorizado y dirigido a ejecutar los acuerdos de retención apropiados, pagar las retenciones apropiadas, y hacer que se presenten las solicitudes apropiadas de autorización para contratar los servicios de Kroll de conformidad con la legislación aplicable; y

- cualesquiera otros profesionales, incluidos asesores legales, contables, asesores financieros, bancos de inversión y otros profesionales, para ayudar a la Empresa a llevar a cabo sus obligaciones en virtud del Código de Quiebra; y en relación con ello, cada uno de los Firmantes Autorizados, con poder de delegación, queda por la presente

advance the Company's rights and obligations; and in connection therewith, each of the Authorized Signatories, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and cause to be filed an appropriate application for authority to employ or retain the services of Riveron and Rothschild in accordance with applicable law;

- the firm of Kroll Restructuring Administration LLC. ("**Kroll**"),as notice and claims agent to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations; and in connection therewith, each of the Authorized Signatories, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and cause to be filed appropriate applications for authority to retain the services of Kroll in accordance with applicable law; and

- any other professionals, including legal counsel, accountants, financial advisors, investment bankers, and other professionals, to assist the Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, each of the Authorized Signatories, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay

autorizado y dirigido a ejecutar los acuerdos de retención apropiados, pagar las retenciones y honorarios apropiados, y hacer que se presente una solicitud apropiada de autorización para contratar los servicios de cualesquiera otros profesionales según sea necesario.

appropriate retainers and fees, and cause to be filed an appropriate application for authority to retain the services of any other professionals as necessary.

Asimismo, el Directorio acordó por unanimidad que cada uno de los Firmantes Autorizados esté autorizado y facultado, por cuenta y en nombre de la Sociedad, para enmendar, complementar o modificar de cualquier otro modo, de tiempo en tiempo, los términos de cualesquiera documentos, certificados, instrumentos, acuerdos, declaraciones de financiamiento, notificaciones, compromisos u otros escritos a los que se hace referencia en las resoluciones anteriores.

The Board of Directors unanimously further agreed that each of the Authorized Signatories is authorized and empowered, on behalf of and in the name of the Company to amend, supplement, or otherwise modify from time to time the terms of any documents, certificates, instruments, agreements, financing statements, notices, undertakings, or other writings referred to in the foregoing resolutions.

El Directorio acordó por unanimidad que, además de las autorizaciones específicas conferidas hasta ahora a los Firmantes Autorizados, cada uno de los Firmantes Autorizados (y sus designados y delegados) esté facultado, en nombre y representación de la Sociedad, para tomar o hacer que se tomen todas y cada una de las demás medidas, y para ejecutar, reconocer, a ejecutar, reconocer, entregar y presentar todos y cada uno de los acuerdos, certificados, instrumentos y otros documentos y a pagar todos los gastos, incluidos, entre otros, los gastos de presentación, en todos los casos en que, a juicio de dicho Firmante Autorizado, sea necesario, aconsejable o conveniente para llevar a cabo plenamente la intención y cumplir los fines de los acuerdos adoptados en el presente documento.

The Board of Directors unanimously further agreed that, in addition to the specific authorizations heretofore conferred upon the Authorized Signatories, each of the Authorized Signatories (and their designees and delegates) is empowered, in the name of and on behalf of the Company, to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver, and file any and all such agreements, certificates, instruments, and other documents and to pay all expenses, including but not limited to filing fees, in each case as in such Authorized Signatory's judgment, shall be necessary, advisable, or desirable in order to fully carry out the intent and accomplish the purposes of the resolutions adopted herein.

Asimismo, el Directorio acordó por unanimidad que todos los actos, acciones y transacciones relacionados con los asuntos contemplados en las resoluciones anteriores realizados en nombre y por cuenta de la Sociedad, cuyos actos habrían sido aprobados por las resoluciones anteriores excepto que dichos actos se

The Board of Directors unanimously further agreed that all acts, actions, and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken before the

hubieran realizado antes de la adopción de estas resoluciones, son por el presente, en todos los aspectos, aprobados y ratificados como los verdaderos actos y hechos de la Sociedad con la misma fuerza y efecto que si cada uno de dichos actos, transacciones, acuerdos o certificados hubieran sido específicamente autorizados por adelantado mediante resolución de cada Órgano de Gobierno.

El Directorio acordó además por unanimidad que la omisión en estas resoluciones de cualquier acuerdo, documento u otro arreglo contemplado por cualquiera de los acuerdos, documentos, o instrumentos descritos en las resoluciones anteriores o cualquier acción que deba tomarse de acuerdo con cualquier requisito de cualquiera de los acuerdos o instrumentos descritos en las resoluciones anteriores no derogará en modo alguno la autoridad de los Firmantes Autorizados para tomar todas las acciones necesarias, deseables, aconsejables o apropiadas para consumar, efectuar, llevar a cabo o promover las transacciones contempladas por, y la intención y propósitos de, las resoluciones anteriores.

Asimismo, el Directorio acordó por unanimidad que cada uno de los Firmantes Autorizados (y sus designados y delegados) esté facultado para tomar todas las medidas o no tomar ninguna medida en nombre de la Sociedad con respecto a las transacciones contempladas en estas resoluciones, según dicho Firmante Autorizado lo considere necesario o conveniente a su juicio comercial razonable para efectuar los propósitos de las transacciones aquí contempladas.

**CUARTO**: CITACIÓN A JUNTA EXTRAORDINARIA DE ACCIONISTAS.

De conformidad al artículo 101 de la Ley 18.046, el señor Secretario propuso citar a

adoption of these resolutions, are hereby, in all respects, approved and ratified as the true acts and deeds of the Company with the same force and effect as if each such act, transaction, agreement, or certificate has been specifically authorized in advance by resolution of each Governing Body.

The Board of Directors unanimously further agreed that the omission from these resolutions of any agreement, document, or other arrangement contemplated by any of the agreements, documents, or instruments described in the foregoing resolutions or any action to be taken in accordance with any requirement of any of the agreements or instruments described in the foregoing resolutions shall in no manner derogate from the authority of the Authorized Signatories to take all actions necessary, desirable, advisable, or appropriate to consummate, effectuate, carry out, or further the transactions contemplated by, and the intent and purposes of, the foregoing resolutions.

The Board of Directors unanimously further agreed that each of the Authorized Signatories (and their designees and delegates) is empowered to take all actions or to not take any action in the name of the Company with respect to the transactions contemplated by these resolutions hereunder, as such Authorized Signatory shall deem necessary or desirable in such Authorized Signatory's reasonable business judgment to effectuate the purposes of the transactions contemplated herein.

**FOURTH:** NOTICE OF EXTRAORDINARY SHAREHOLDERS' MEETING.

Pursuant to Article 101 of Law 18,046, the Secretary proposed to convene a

junta de accionistas para ser celebrada dentro de los 30 días siguientes, para informar ampliamente a los accionistas sobre la situación legal, económica y financiera de la sociedad.

Shareholders' Meeting to be held within the next 30 days to fully inform the shareholders on the legal, economic and financial situation of the Company.

Después de debatir la materia, el Directorio acordó por unanimidad de los presentes citar a la referida junta para el día 26 de abril de 2024 a las 09:00 horas.

After discussion, the Board of Directors unanimously agreed to convene the meeting for April 26, 2024 at 9:00 a.m.

**QUINTO: FINANCIAMIENTO DIP Y PODERES.**

**FIFTH: DIP FINANCING AND POWERS OF ATTORNEY.**

El secretario informó que, como es de conocimiento de los Directores, con fecha 23 de febrero de 2024, se celebró una Sesión Extraordinaria de Directorio de la Sociedad, para efectos de autorizar la celebración por parte de la Sociedad, en calidad de garante, de contratos de financiamientos denominados "*First Lien Credit Agreement*" y "*Second Lien Credit Agreement*" a ser suscritos con JPMorgan Chase Bank, N.A. ("**JP Morgan**"), y las demás entidades financieras que tengan la calidad de acreedores de tiempo en tiempo conforme a los mismos (*Lenders*), así como de los documentos necesarios para materializar esas operaciones, incluyendo el otorgamiento de garantías reales y personales, sujetas a ley chilena y extranjera. Sin embargo, como también es de conocimiento de los Directores, las negociaciones con los potenciales financistas no prosperaron y la administración de la Sociedad decidió no seguir adelante con los mismos.

The secretary informed that, as the Directors are aware, on February 23, 2024, an Extraordinary Meeting of the Board of Directors of the Company was held for the purpose of authorizing the execution by the Company, as guarantor, of financing agreements called "*First Lien Credit Agreement*" and "*Second Lien Credit Agreement*" to be entered into with JPMorgan Chase Bank, N.A. ("**JP Morgan**"), and other financial entities that have the capacity of lenders from time to time under such agreements (*Lenders*), as well as the necessary documents to materialize such operations, including the granting of real and personal security documents, subject to Chilean and foreign law. However, as the Directors are also aware, the negotiations with the potential lenders did not prosper and the Company's management decided not to proceed with them.

No obstante lo anterior, como es de conocimiento de los presentes, la administración de la Sociedad, en conjunto con la administración de sus sociedades relacionadas, y luego de analizar otras posibilidades de financiamiento, han decidido suscribir un Financiamiento DIP conforme a lo siguiente:

However, as you are aware, the Company's management, together with the management of its related companies, and after analyzing other financing possibilities, decided to pursue with DIP Financing as follows:

**Financiamiento DIP**.

Se contempla la celebración de un contrato de crédito a ser regido bajo las leyes del Estado de Nueva York de los Estados Unidos de América, denominado "*Senior Secured Superpriority Debtor-In-Possession Term Loan Credit Agreement*" (en adelante, dicho contrato, según el mismo sea modificado o modificado o refundido de tiempo en tiempo, el "**Contrato de Crédito**"), entre otros por, Kenbourne Invest S.A., en calidad de deudor (*Borrower*) (en adelante el "**Deudor**"); la Sociedad en calidad de garante, y las demás partes que tengan la calidad de garantes (*Guarantors*) (en adelante los "**Garantes**"), y las entidades financieras que tengan la calidad de acreedores de tiempo en tiempo conforme al mismo (*Lenders*) (en adelante, los "**Acreedores**"), conforme al cual los acreedores van a poner a disposición del Deudor un financiamiento por un monto aproximado de hasta doscientos millones de dólares de los Estados Unidos de América ("**Dólares**") o cualquier otro monto mayor o menor que sea acordado entre las partes del Contrato de Crédito, sujeto a los términos y condiciones que se establecen en el Contrato de Crédito (el "**Financiamiento DIP**"). El presidente explicó que el Financiamiento DIP, incluyendo el Contrato de Crédito y todos los otros documentos que se suscriban con ocasión o relacionados al mismo, se otorgarán con ocasión del *Chapter 11* a ser tramitado ante el Tribunal de Quiebras.

Adicionalmente, el señor secretario procedió a explicar de manera detallada, los demás actos y contratos que podrán ser otorgados bajo el Financiamiento DIP, haciendo especial mención a los siguientes:

**DIP Financing**.

The entry into a credit agreement governed by the laws of the State of New York of the United States of America, denominated "*Senior Secured Superpriority Debtor-In-Possession Term Loan Credit Agreement*" (hereinafter, such agreement, as the same may be amended or modified or restated from time to time, the "**Credit Agreement**"), is contemplated by, among others, Kenbourne Invest S.A., as Borrower (the "**Borrower**"); and the Company as Guarantor, and the other parties that have the capacity of Guarantors (the "**Guarantors**"), and the financial institutions that have the capacity of Lenders from time to time thereunder (the "**Lenders**"), pursuant to which the Lenders will make available to the Borrower a financing facility of up to approximately two hundred million United States dollars ("**Dollars**") or such other greater or lesser amount as may be agreed between the parties to the Credit Agreement, subject to the terms and conditions set forth in the Credit Agreement (the "**DIP Financing**"). The chairman explained that the DIP Financing, including the Credit Agreement and all other documents executed in connection therewith or related thereto, will be granted on the occasion of Chapter 11 to be processed before the Bankruptcy Court.

In addition, the secretary proceeded to explain in detail the other acts and agreements that may be taken under the DIP Financing, with special mention to the following:

**a) Pagarés.** A fin de documentar las obligaciones que emanen del Financiamiento DIP, la Sociedad podrá suscribir pagarés, eventuales hojas de prolongación y/o avales y reconocimientos de deuda, que documenten los desembolsos o la deuda efectuados bajo el Financiamiento DIP (los "**Pagarés**").

**b) Contrato de agencia de garantías.** La Sociedad y las Partes Garantizadas (en adelante, cualquier parte garantizada bajo el Financiamiento DIP, las "**Partes Garantizadas**"), entre otros, podrán designar a una entidad local, como agente de garantías de conformidad con lo establecido en el artículo 18 de la Ley N° 20.190 (el "**Agente de Garantías**"), a fin de que se represente a las Partes Garantizadas en la constitución, modificación o extinción y en el ejercicio mancomunado de los derechos que para ellos emanen de las garantías y resguardos que la Sociedad o terceros se hayan obligado a otorgar bajo el Financiamiento DIP (el "**Contrato de Agencia de Garantías**").

**c) Contratos de garantías.** Con el objeto de asegurar el pago de las obligaciones adeudadas bajo el Financiamiento DIP, se contempla los Garantes y el Deudor, incluyendo a la Sociedad, otorguen garantías, reales o personales, incluyendo pero no limitado a prendas de cualquier tipo sobre acciones y otros bienes muebles, materiales o inmateriales, incluyendo prendas de cuentas bancarias, prestamos inter compañía y cuentas por cobrar, y cualquier tipo de créditos o derechos, hipotecas, fianzas y codeudas solidarias, cesiones condicionales, convenios de subordinación y cualesquiera otra garantía (real o personal), cauciones o contratos que pudieren o debieren ser otorgados en Chile, Luxemburgo o Noruega, para garantizar obligaciones del Deudor, de la Sociedad o de terceros bajo, o de acuerdo a lo establecido en el Financiamiento DIP (en adelante los documentos por los que se

**a) Promissory Notes.** In order to document the obligations arising under the DIP Financing, the Company may enter into promissory notes, any allonges and/or guarantees and acknowledgments of debt, documenting the disbursements or debt made under the DIP Financing (the "**Promissory Notes**").

**b) Collateral Agency Agreement.** The Company and the Secured Parties (hereinafter, any secured party under the DIP Financing, the "**Secured Parties**"), among others, may appoint a local entity as collateral agent pursuant to the provisions of Article 18 of Law No. 20,190 (the "**Collateral Agent**"), in order to represent the Secured Parties in the execution, modification or termination and in the joint exercise of their rights arising from the security documents and collaterals that the Company or third parties have agreed to grant under the DIP Financing (the "**Collateral Agency Agreement**").

**c) Security Documents.** In order to secure the payment of the obligations owed under the DIP Financing, it is contemplated that the Guarantors and the Borrower will grant security interests, real or personal, including but not limited to pledges of any kind on shares and other movable, tangible or intangible assets, including pledges of bank accounts, intercompany loans and receivables, and any kind of credits or rights, mortgages, joint and several guarantees, conditional assignments, subordination agreements and any other security (in rem or personal guarantees), liens or contracts that may or must be granted in Chile, Luxembourg or Norway, to secure the Borrower, Company's or third parties' obligations, under or pursuant to the provisions of the DIP Financing (documents granting such security interests, hereinafter, the "**Security Documents**").

conceden dichas garantías, "**Contratos de Garantías**").

**d) Documentos del Financiamiento.** Además, la Sociedad, podrá otorgar una serie de garantías y contratos sujetos a la legislación del Estado de Nueva York de los Estados Unidos de América, incluyendo, pero no limitados a, contratos en idioma inglés, definidos en el Contrato de Crédito como "*DIP Financing Orders*", "Fee Letters", y cualquier otro documento relacionado o que daba suscribirse conforme al Contrato de Crédito, y que se denomine "Loan Documents" o similar en el Contrato de Crédito (en adelante, el conjunto de tales documentos, así como el Contrato de Agencia de Garantías, los Contratos de Garantía, los Pagarés y eventuales reconocimientos de deuda se denominarán los "**Documentos del Financiamiento**").

**d) Financing Documents.** In addition, the Company may enter into certain security documents and agreements subject to the laws of the State of New York of the United States of America, including, but not limited to, agreements in the English language, defined in the Credit Agreement as "DIP Financing Orders", "Fee Letters", and any other document relating to or required to be executed under the Credit Agreement, and which is referred to as "Loan Documents" or similar in the Credit Agreement (hereinafter, all such documents, as well as the Collateral Agency Agreement, the Security Documents, the Promissory Notes and any acknowledgements of indebtedness are referred to as the "**Financing Documents**").

Asimismo, el presidente explicó que el Financiamiento DIP va en beneficio de la Sociedad, por cuanto contribuirán a recuperar liquidez a ella y a sus filiales, y con ello permitirán la continuación de sus negocios en adelante, todo ello en condiciones de mercado.

The chairman also explained that the DIP Financing is in the Company's best interest, as they will contribute to recovering liquidity for the Company and its subsidiaries, thus allowing the continuation of its businesses in the future, all under market conditions.

Para tal fin, en Junta Extraordinaria de Accionistas de la Sociedad celebrada con fecha 28 de marzo de 2024, se aprobó que la Sociedad otorgue y suscriba los documentos en general relacionados con el financiamiento requerido por la misma.

For such purpose, at an Extraordinary Shareholders' Meeting of the Company held on March 28th, 2024, it was approved that the Company grant and subscribe the documents in general related to the financing required by the same.

Por tal motivo, el secretario explicó que resultaba necesario que el Directorio otorgara los poderes para que mandatarios representen a la Sociedad en la negociación, celebración y suscripción de todos los Documentos del Financiamiento y cualquier documento en general relacionado al Financiamiento DIP.

For this reason, the secretary explained that it was necessary for the Board of Directors to grant powers of attorney for agents to represent the Company in the negotiation, execution and subscription of all the Financing Documents and any document in general related to the DIP Financing.

Después de tomarse un tiempo para discutir y analizar la materia en detalle, el Directorio, a quienes se les distribuyó en forma previa copia de los documentos

After taking some time to discuss and analyze the matter in detail, the Board of Directors, to whom a copy of the aforementioned documents was previously

antes mencionados, los cuales son conocidos por ellos, sin perjuicio de reconocerse la calidad de borradores de aquellos que no han sido firmados aún y que pueden sufrir modificaciones incluyendo el monto definitivo de los financiamientos, con el voto unánime de sus miembros, resolvió:

(a) Otorgar un poder especial, pero tan amplio como en derecho se requiera, a los Firmantes Autorizados, para que uno cualquiera de ellos, actuando de forma individual, representen a la Sociedad en Chile y en el extranjero, en la negociación, celebración y suscripción del Contrato de Crédito, el Contrato de Agencia de Garantías, los Contratos de Garantías, Pagarés, , y en general todos los Documentos del Financiamiento y cualquier documento en general relacionado al Financiamiento DIP en los que la Sociedad sea o vaya a ser parte, en su calidad de garante, estando autorizados para negociar, aceptar, suscribir, firmar y entregar los instrumentos públicos y privados que sean necesarios a tal efecto, incluyendo pero no limitado a certificados, reconocimientos, aceptaciones de acuerdos y garantías para garantizar obligaciones de la Sociedad o de terceros, otorgados y constituidos por terceros, solicitudes de desembolso y cualquier otro acto o documento que se haya estimado necesario, así como cualquier modificación y rectificación a los mismos que los Firmantes Autorizados consideren como adecuadas o convenientes y para acordar todas y cada una de sus disposiciones, incluyendo, pero no limitado a, declaraciones y garantías, obligaciones de hacer y de no hacer, cláusulas sobre comisiones, gastos y pagos de impuestos, cláusulas de sometimiento a legislación y/o jurisdicción (sea ordinaria o arbitral y nacional o extranjera), designación de agentes de proceso (process agents) y cualquier otra que estime necesaria o conveniente, ya sean de la esencia, de la naturaleza y/o las meramente accidentales de tales documentos y contratos y, en

distributed, which are known to them, without prejudice to the recognition of the quality of drafts of those that have not yet been signed and that may undergo modifications including the final amount of the financing, approved with the unanimous vote of its members:

(a) Grant a special power of attorney, but as broad as may be required by law, to the Authorized Signatories, so that any one of them, acting individually, may represent the Company in Chile and abroad, in the negotiation, execution and subscription of the Credit Agreement, the Collateral Agency Agreement, the Security Documents, Promissory Notes, and generally all of the Financing Documents and any documents generally relating to the DIP Financing in which the Company is or will be a party, in its capacity as guarantor, being authorized to negotiate, accept, subscribe, sign and deliver such public and private instruments as may be necessary for such purpose, including but not limited to certificates, acknowledgements, acceptances of agreements and security documents to secure the Company's or third parties' obligations, granted and constituted by third parties, requests for disbursement and any other act or document deemed necessary, as well as any modification and rectification thereto that the Authorized Signatories may deem appropriate or convenient and to agree upon any and all of their provisions, including but not limited to, representations and warranties, covenants, agreements on commissions, expenses and tax payments, clauses of submission to legislation and/or jurisdiction (whether ordinary or arbitration and national or foreign), appointment of process agents and any other that it deems necessary or convenient, whether of the essence, nature and/or merely accidental of such documents and contracts and, in general, to carry out all kinds of acts or arrangements that are necessary to carry out the assignment that the Company entrusts them with.

general, realizar toda clase de actos o gestiones que sean necesarios para llevar a cumplido término el encargo que la Sociedad les confiere.

(b)    En el ejercicio del poder especial señalado anteriormente, los Firmantes Autorizados estarán facultados para negociar operaciones de cobertura y suscribir y celebrar todo tipo de contratos marcos de derivados, sus schedules, exhibits, anexos y confirmaciones y/o todo tipo de contratos de derivados, tales como swaps, futuros, forwards, etc, sea que se celebren en el mercado bursátil; relacionados al Contrato de Crédito, y en general a cualquiera de los Documentos del Financiamiento, incluyendo cada uno de los actos y documentos contemplados en ellos, sus modificaciones, ampliaciones, rectificaciones y complementaciones.

(b) In the exercise of the aforementioned special power of attorney, the Authorized Signatories shall be empowered to negotiate hedging operations and enter into all types of derivative agreements, their schedules, exhibits, annexes and confirmations and/or all types of derivative agreements, such as swaps, futures, forwards, etc., whether entered into in the stock market, related to the Credit Agreement, and in general any of the Financing Documents, including each of the acts and documents contemplated therein, their amendments, extensions, rectifications and complements.

(c)    En el ejercicio del poder especial señalado anteriormente, los Firmantes Autorizados estarán facultados para designar mandatarios judiciales con las facultades de ambos incisos del artículo séptimo del Código de Procedimiento Civil, las que se dan por expresamente reproducidas, abrir cuentas bancarias, sean corrientes o de otro tipo, cerrarlas, dar instrucciones para su administración, etc., otorgar todo tipo de poderes, judiciales o extrajudiciales, sean irrevocables o no, que sean exigidos bajo el Contrato de Crédito, o bajo cualquiera de los Documentos del Financiamiento, con la mayor amplitud de facultades que sean requeridas, así como también efectuar todos los actos, comunicaciones o formalidades ante las autoridades correspondientes, y realizar todas las enmiendas y modificaciones que se consideren necesarias. Los Firmantes Autorizados, en el ejercicio de dicho poder especial, quedan facultados para cumplir con las obligaciones de pago asumidas en los distintos Documentos del Financiamiento, en los que la Sociedad sea parte, sin limitación de monto, así como para someter tales Documentos del Financiamiento en los que la Sociedad sea

(c) In the execution of the aforementioned special power of attorney, the Authorized Signatories shall be empowered to appoint legal representatives with the powers of both paragraphs of article seven of the Code of Civil Procedure, which are expressly reproduced, to open bank accounts, whether current or otherwise, close them, give instructions for their administration, etc., to grant all types of powers of attorney, judicial or extrajudicial, whether irrevocable or not, that may be required under the Credit Agreement or under any of the Financing Documents, with the broadest powers that may be required, as well as to carry out all acts, communications or formalities before the corresponding authorities, and to make all amendments and modifications that may be deemed necessary. The Authorized Signatories, in the exercise of such special power of attorney, are empowered to comply with the payment obligations assumed in the different Financing Documents, to which the Company is a party, without limitation of amount, as well as to submit such Financing Documents to which the Company is a party, contracts to

parte a ley y jurisdicción extranjera y para acordar cláusulas arbitrales y designar árbitros.

(d) Aprobar y ratificar la suscripción por parte de los Firmantes Autorizados de cualquier contrato, acuerdo, modificación, autorización, elección, instrumento o documento suscrito, y cualquier otra actuación, sea que haya sido celebrada antes, en o después de esta fecha que sea necesaria o conveniente para completar las transacciones contempladas para la transacción y/o los Documentos del Financiamiento en los que la Sociedad sea parte (incluyendo cualquier documento cuya suscripción sea requerida bajo los Documentos del Financiamiento).

(d) Approve and ratify the execution by the Authorized Signatories of any contract, agreement, amendment, authorization, election, instrument or document executed, and any other action, whether entered into before, on or after this date, that is necessary or convenient to complete the transactions contemplated by the transaction and/or the Financing Documents to which the Company is party (including any document required to be executed under the Financing Documents).

**SEXTO: REDUCCIÓN A ESCRITURA PÚBLICA, FIRMAS Y APROBACIÓN DEL ACTA**.

**SIXTH: REDUCTION TO PUBLIC DEED, SIGNATURES AND APPROVAL OF THE MINUTES.**

El Directorio acuerda, además por unanimidad:

The Board of Directors also unanimously agrees:

(a) Otorgar poder especial a los abogados Felipe Moro Vargas, Fernando Noriega Potocnjak, Alfonso Silva Cubillos, Jaime Eduardo Andrés Martin Cuadrado, María Victoria Alonso Saralegui, Felipe Ignacio Bravo Riveros y Florencia Arancibia Irañeta, para que actuando separada e indistintamente uno cualquiera de ellos, proceda a reducir a escritura pública total o parcialmente y en cualquier tiempo la presente acta, una vez que ésta se encuentre firmada por las personas designadas al efecto. Asimismo, se facultó al portador de copia autorizada de la escritura pública a la que se reduzca el acta que se levante de la presente junta para requerir y firmar todas las inscripciones, anotaciones, subinscripciones y cancelaciones que fueren procedentes en los registros pertinentes.

(a) Grant special power of attorney to the lawyers Felipe Moro Vargas, Fernando Noriega Potocnjak, Alfonso Silva Cubillos, Jaime Eduardo Andrés Martin Cuadrado, María Victoria Alonso Saralegui, Felipe Ignacio Bravo Riveros and Florencia Arancibia Irañeta, so that acting separately and indistinctly any one of them, may proceed to reduce to public deed totally or partially and at any time the present minutes, once they have been signed by the persons designated for such purpose. Likewise, the bearer of the authorized copy of the public deed into which the minutes of the present meeting are reduced is authorized to request and sign all the registrations, annotations, subinscriptions and cancellations that may be appropriate in the pertinent registries.

(b) Los acuerdos tomados en este acto tendrán validez inmediata sin esperar la aprobación del acta.

(b) The resolutions adopted in this meeting shall be valid immediately without waiting for the approval of the minutes.

16

DocuSign Envelope ID: 1C880F4A-8470-4CB8-AA86-53D44A4F2E10

Habiéndose cumplido el objeto de la convocatoria y no habiendo otro asunto que tratar, el señor presidente puso término a la presente sesión siendo las 07:30 horas.-

Having fulfilled the purpose of the meeting and there being no other business to discuss, the chairman adjourned the present meeting at 07:30 hours.-

**Thomas Leslie**
Presidente/Chairman
Director/Director

**Kristopher Brigham**
Secretario/Secretary
Director/Director

**Jaroslav Valiukevic**
Director/Director

**Timothy P. O´Connor**
Director/Director

17

<table>
<tr><td>

**CERTIFICADO**

Los firmantes de más abajo certifican bajo su responsabilidad lo siguiente:

En la presente sesión de directorio de la sociedad **WOM S.A.**, celebrada en el día, hora y lugar que se indica en esta acta, asistieron y participaron a distancia a través del medio tecnológico de conferencia telefónica los directores señores Thomas Leslie, don Jaroslav Valiukevic, Kristopher Brigham y Timothy P. O´Connor, quienes estuvieron conectados y comunicados en forma simultánea, permanente e ininterrumpida durante toda la sesión con los directores físicamente presentes en la reunión. Lo anterior, conforme se permite expresamente en el inciso quinto del artículo 47 de la Ley N° 18.046 sobre Sociedades Anónimas y en el artículo 82 del Reglamento de Sociedades. Asimismo, los abajo firmantes certifican, bajo su responsabilidad, que las firmas digitales en la presente acta corresponden a la de los directores asistentes que aparecen individualizadas debajo de las mismas.

Santiago, 31 de marzo de 2024

</td><td>

**CERTIFICATE**

The undersigned hereby certify under their responsibility the following:

At this meeting of the Board of Directors of **WOM S.A.**, held on the day, time and place indicated in these minutes, the directors Thomas Leslie, don Jaroslav Valiukevic, Kristopher Brigham and Timothy P. O´Connor attended and participated remotely through the technological means of conference call, who were connected and communicated simultaneously, permanently and uninterruptedly throughout the meeting with the directors physically present at the meeting. The foregoing as expressly permitted by the fifth paragraph of Article 47 of Law No. 18,046 on Corporations and Article 82 of the Corporate Regulation. Likewise, the undersigned certify, under their responsibility, that the digital signatures on these minutes correspond to those of the directors in attendance who are identified below them.

Santiago, March 31st, 2024

</td></tr>
</table>

DocuSigned by:

_____
2D3733B44F254F6...
**Thomas Leslie**
Presidente/Chairman

DocuSigned by:

_____
8A691C52D64427...
**Kristopher Brigham**
Secretario/Secretary

18

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| WOM S.A., *et al.*[1] | ) Case No. 24-_____ (___) |
| | ) |
| Debtors. | ) (Joint Administration Requested) |
| | ) |

## CONSOLIDATED LIST OF CREDITORS
## HOLDING THE THIRTY LARGEST UNSECURED CLAIMS

The above-captioned debtors and debtors in possession (collectively, the "**Debtors**") filed voluntary petitions in this Court on the date hereof (the "**Petition Date**") for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"). Contemporaneously with the filing of their petitions, the Debtors filed a motion requesting, among other things, authority to file a consolidated list of creditors holding the 30 largest unsecured claims against the Debtors (the "**Top 30 Unsecured Claims List**").

The Top 30 Unsecured Claims List is based on the Debtors' books and records as of the Petition Date and was prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure for filing in the Debtors' Chapter 11 Cases. All amounts included in the Top 30 Unsecured Claims List are presented in U.S. Dollars, with Chilean Peso-denominated debt converted at the applicable foreign exchange rates as of the Petition Date, and in some cases are the Debtors' best approximation based on available information. The Top 30 Unsecured Claims List does not include: (1) persons who come within the definition of "insider" set forth in section 101 of the Bankruptcy Code; (2) secured creditors, unless the unsecured claim resulting from inadequate collateral value is known and places the creditor among the holders of the 30 largest unsecured claims; (3) claims held by the Debtors' employees, to the extent applicable, or (4) claims entitled to priority under section 507 of the Bankruptcy Code.

The information contained in the Top 30 Unsecured Claims List shall not constitute an admission of liability by, nor shall it be binding upon, the Debtors, and nothing therein shall affect the Debtors' rights to challenge the amount or characterization of any claim at a later date. Moreover, the failure to list a claim as contingent, unliquidated, disputed, or subject to setoff does not constitute a waiver of any of the Debtors' right to contest the validity, priority, or amount of any claim.

---

[1] The Debtors in these chapter 11 cases (these "**Chapter 11 Cases**"), and each Debtor's federal tax identification number in their applicable jurisdiction of incorporation, are as follows: Kenbourne Invest S.A. (2018 2206 815); NC Telecom II AS (59.208.720-0); WOM Mobile S.A. (99.517.000-0); WOM S.A. (78.921.690-8); Conect S.A. (96.965.220-k); and Multikom S.A. (78.456.640-4). The location of the Debtors' service address in these Chapter 11 Cases is: General Mackenna No. 1369, Santiago, Chile.

**Fill in this information to identify the case:**

Debtor name  WOM S.A., *et al.,*                    Delaware

                                                    (State)

Case number (If known): 24-

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders (on a Consolidated Basis)                    12/15

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | U.S. BANK WEALTH MANAGEMENT GLOBAL CORPORATE TRUST BOSTON 1 FEDERAL STREET, 3RD FLOOR BOSTON, MA 02110 USA | U.S. BANK WEALTH MANAGEMENT ATTN: FRANCINE M. THOMPSON PHONE: 1-617-603-6598 EMAIL: FRANCINE.THOMPSON@USBANK.COM | 2024 UNSECURED BONDS | | | | $356,237,762.28 |
| 2 | U.S. BANK WEALTH MANAGEMENT GLOBAL CORPORATE TRUST BOSTON 1 FEDERAL STREET, 3RD FLOOR BOSTON, MA 02110 USA | U.S. BANK WEALTH MANAGEMENT ATTN: FRANCINE M. THOMPSON PHONE: 1-617-603-6598 EMAIL: FRANCINE.THOMPSON@USBANK.COM | 2028 UNSECURED BONDS | | | | $292,574,555.55 |
| 3 | BCI FACTORING S A MIGUEL CRUCHAGA 920 SANTIAGO, SANTIAGO, CHILE | BCI FACTORING S A EMAIL: CARLA.ALDAY@BCI.CL | BANK/TRADE | | | | $44,609,369.68 |
| 4 | CHINA CONSTRUCTION BANK CORPORATION (SHENZHEN BRANCH) | CHINA CONSTRUCTION BANK CORPORATION (SHENZHEN BRANCH) | BANK/TRADE | | | | $29,127,451.02 |
| 5 | PHOENIX TOWER INTERNATIONAL CHILE SPA APOQUINDO 3500 PISO 16 SANTIAGO, LAS CONDES, CHILE | PHOENIX TOWER INTERNATIONAL CHILE SPA EMAIL: APINVOICESCH@PHOENIXINTNL.COM | TRADE | | | | $25,920,139.43 |
| 6 | XIAOMI CHILE SPA ROSARIO NORTE 555 SANTIAGO, LAS CONDES, CHILE | XIAOMI CHILE SPA PHONE: 56-9-71711261 EMAIL: ROSASFELIPE@GMAIL.COM | TRADE | | | | $16,453,604.73 |
| 7 | MOTOROLA MOBILITY LLC 600 NORTH US 45 LIBERTYVILLE, ILLINOIS 60048, USA | MOTOROLA MOBILITY LLC EMAIL: BDCM73@MOTOROLA.COM | TRADE | | | | $14,651,915.00 |
| 8 | MIRGOR CHILE SPA VITACURA 2969 SANTIAGO, LAS CONDES, CHILE | MIRGOR CHILE SPA PHONE: 56-9-84794053 EMAIL: JORGE.TRAPAGLIA@MIRGOR.COM | TRADE | | | | $11,163,267.15 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | INDUSTRIAL AND COMMERCIAL BANK OF CHINA (SHENZHEN) | INDUSTRIAL AND COMMERCIAL BANK OF CHINA (SHENZHEN) | BANK/TRADE | | | | $10,948,568.15 |
| 10 | BANK OF CHINA (HONG KONG) LIMITED | BANK OF CHINA (HONG KONG) LIMITED | BANK/TRADE | | | | $10,911,647.79 |
| 11 | BANCO BCI EL GOLF NO. 125 LAS CONDES, SANTIAGO | BANCO BCI ATTN: FELIPE BREVIS PHONE: 56-9-9450-2382 | LENDER | | | | $10,850,001.00 |
| 12 | HUAWEI (CHILE) S.A. ROSARIO NORTE 532, OF. 1701-1704, LAS CONDES, SANTIAGO, CHILE | HUAWEI (CHILE) S.A. EMAIL: LAIZHIHAO@HUAWEI.COM | TRADE | | | | $8,958,393.81 |
| 13 | SAMSUNG ELECTRONICS CHILE LIMITADA CERRO EL PLOMO 6000 PISO 6 SANTIAGO, LAS CONDES, CHILE | SAMSUNG ELECTRONICS CHILE LIMITADA PHONE: 56-9-78784653 EMAIL: B.RIGOTTI@SAMSUNG.COM | TRADE | | | | $7,570,580.92 |
| 14 | HONOR INFORMATION TECHNOLOGY CO., LIMITED SUITE 1701, 17/F, K11 ATELIER, 18 SALISBURY ROAD, TSIM SHA TSUI, HONG KONG | HONOR INFORMATION TECHNOLOGY CO., LIMITED PHONE: 56-9-94894640 EMAIL: SOLEDAD.CANOBRA@HIHONOR.COM | TRADE | | | | $5,807,378.94 |
| 15 | BANCO SANTANDER CHILE BANDERA 140 SANTIAGO, SANTIAGO, CHILE | BANCO SANTANDER CHILE EMAIL: ERNESTO.HERNANDEZ@SANTANDER.CL | BANK/TRADE | | | | $5,702,018.06 |
| 16 | GOOGLE PAYMENT CORP AMPHITHEATRE PKW 1600 MOUNTAIN VIEW, CA 94043 UNITED STATES | GOOGLE PAYMENT CORP EMAIL: PAYMENTS-NOREPLY@GOOGLE.COM | TRADE | | | | $5,006,710.91 |
| 17 | CORP ZTE DE CHILE S A LOS MILITARES #5890 OFICINA 703 SANTIAGO, LAS CONDES, CHILE | CORP ZTE DE CHILE S A PHONE: 56-9-74768534 EMAIL: MARIO.VIELMA@ZTE.COM.CN | TRADE | | | | $5,004,185.97 |
| 18 | ATC SITIOS DE CHILE SA AV. PEDRO DE VALDIVIA 555 OFICINA 1101 SANTIAGO, PROVIDENCIA, CHILE | ATC SITIOS DE CHILE SA EMAIL: MARLENE.DONOSO@AMERICANTOWER.COM | TRADE | | | | $4,827,124.58 |
| 19 | GTD TELEDUCTOS S.A. MONEDA 920 PISO 11 SANTIAGO, SANTIAGO, CHILE | GTD TELEDUCTOS S.A. PHONE: 56-2-24139129 EMAIL: MARCELA.SOTOMAYOR@GRUPOGTD.COM | TRADE | | | | $4,569,545.25 |
| 20 | NETFLIX INC. 100 WINCHESTER CIRCLE LOS GATOS CA 95032 UNITED STATES | NETFLIX INC. EMAIL: BILLINGS@NETFLIX.COM | TRADE | | | | $4,102,698.79 |

Debtor   **WOM S.A.,** *et al.,*

| | | | | | | |
|---|---|---|---|---|---|---|
| 21 | PROTEC-ING SpA<br>AVENIDA CLUB HÍPICO N° 4676, OFICINA 811 E, COMUNA DE PEDRO AGUIRRE CERDA, REGIÓN METROPOLITANA, CHILE | CARLOS TAMAYO LUNA /PABLO PAVELIC JOFRE<br>PHONE: 56-9-81898535 / +56-9-44188291<br>EMAIL: C.TAMAYO@PROTEC-ING.CL / P.PAVELIC@PROTEC-ING.CL | LITIGATION | C/D | | $3,903,171 |
| 22 | ANDEAN TELECOM PARTNERS CHILE SPA<br>ISIDORA GOYENECHEA 2939 PISO 11<br>SANTIAGO, LAS CONDES CHILE | ANDEAN TELECOM PARTNERS CHILE SPA<br>PHONE: 56-9-22210687<br>EMAIL: FELIPE.VASCONCELO@ATPSITES.COM | TRADE | | | $3,895,072.22 |
| 23 | HOLDTECH S A<br>LIRA 278<br>SANTIAGO, SANTIAGO, CHILE | HOLDTECH S A<br>PHONE: 56-2-24297772<br>EMAIL: LUIS.MONTECINOS@HOLDTECH.CL | TRADE | | | $3,552,401.08 |
| 24 | FALABELLA RETAIL S.A.<br>ROSAS 1665 1022<br>SANTIAGO, CHILE | FALABELLA RETAIL S.A.<br>EMAIL: MGRELL@FALABELLA.CL | TRADE | | | $3,377,248.10 |
| 25 | BANCO BTG PACTUAL CHILE<br>AV. COSTANERA SUR 2730 PISO19 TORRE B SANTIAGO, LAS CONDES, CHILE | BANCO BTG PACTUAL CHILE<br>PHONE: 56-2-25875942<br>EMAIL: DANIELA.FICA@BTGPACTUAL.COM | BANK/TRADE | | | $3,315,062.48 |
| 26 | APPLE CHILE COMERCIAL LIMITADA<br>CERRO EL PLOMO 5630 TORRE 8 PISO 20, OFICINA 2001/2002<br>SANTIAGO, LAS CONDES, CHILE | APPLE CHILE COMERCIAL LIMITADA<br>PHONE: 56-9-6306-3687<br>EMAIL: CHILEAR@APPLE.COM | TRADE | | | $3,285,061.29 |
| 27 | FYNPAL SPA<br>SANTIAGO 1369, SANTIAGO, CHILE | FYNPAL SPA<br>PHONE: 56-9-5639-3052<br>EMAIL: IRODRIGUEZ@STCAPITAL.CL | FACTORING | | | $3,172,833.81 |
| 28 | TELEFONICA CHILE SA.<br>PROVIDENCIA  111, SANTIAGO, CHILE | TELEFONICA CHILE SA.<br>ATTN: FLIPE LEON<br>EMAIL: FELIPE.LEON@TELEFONICA.COM | TRADE | | | $3,020,131.21 |
| 29 | CLARO CHILE SpA<br>AV SALTO 5450 SANTIAGO<br>MATROPOLITANA, CHILE | CLARO CHILE SpA<br>ATTN: EVELYN SANTIBANEZ<br>EMAIL: EVELYN.SANTIBANEZ@CLAROCHILE.CL | TRADE | | | $2,912,627.75 |
| 30 | MONEDA CUMPLO PRONTO PAGO PYMES FONDO DE INVERSION<br>APOQUINDO 5400,<br>SANTIAGO, LAS CONDES, CHILE | MONEDA CUMPLO PRONTO PAGO PYMES FONDO DE INVERSION<br>EMAIL: CRC@CUMPLO.COM | FACTORING | | | $2,771,948.35 |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| WOM S.A., *et al.*[1] | Case No. 24-_____ (___) |
| Debtors. | (Joint Administration Requested) |

**CONSOLIDATED CORPORATE OWNERSHIP STATEMENT**
**AND LIST OF EQUITY SECURITY HOLDERS**
**PURSUANT TO FED. R. BANKR. P. 1007(a)(1), 1007(a)(3), AND 7007.1**

Pursuant to rules 1007(a)(1), 1007(a)(3) and 7007.1 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the above-captioned debtor and its debtor affiliates, as debtors and debtors-in-possession (each, a "**Debtor**" and, collectively, the "**Debtors**"), respectfully represent that the following are entities that directly or indirectly own 10% or more of the Debtor's sole class of equity interests:

1. Equity interests (equivalent to 416,000,000 shares) in Telco Holdings Investments S.à r.l. are 100% held by The Telco Holdings Trust (Address: 2, rue de Jargonnant, 1207 Geneva, Switzerland).

2. Equity interests (equivalent to 342,774,980 shares) in Chilli Equity SA are 93% held by Telco Holdings Investments S.à.r.l. (Address: 16, avenue de la Gare, L-1610 Luxembourg, Luxembourg).

---

[1] The Debtors in these chapter 11 cases (these "**Chapter 11 Cases**"), and each Debtor's federal tax identification number in their applicable jurisdiction of incorporation, are as follows: Kenbourne Invest S.A. (2018 2206 815); NC Telecom II AS (59.208.720-0); WOM Mobile S.A. (99.517.000-0); WOM S.A. (78.921.690-8); Conect S.A. (96.965.220-k); and Multikom S.A. (78.456.640-4). The location of the Debtors' service address in these Chapter 11 Cases is: General Mackenna No. 1369, Santiago, Chile.

3.      Equity interests (equivalent to 295,500,000 shares) in Chilli JV S.à r.l. are 95.76% held by Chilli Equity SA (Address: 16, avenue de la Gare, L-1610 Luxembourg, Luxembourg).

4.      Equity interests (equivalent to 1,000,000 ordinary shares and 4 redeemable preference shares) in Chilli Investments Cyprus Limited are 100% held by Chilli JV S.à r.l. (Address: 16, avenue de la Gare, L-1610 Luxembourg, Luxembourg).

5.      Equity interests (equivalent to 43 shares) in NC Telecom AS are 100% held by Chilli Investments Cyprus Limited (Address: Nikokleus 1, Aglantzia, 2122 Nicosia, Cyprus).

6.      Equity interests (equivalent to 43 shares) in NC Telecom II AS are 100% held by NC Telecom AS (Address: Fridtjof Nansens plass 7, 0160 Oslo, Norway).

7.      Equity interests (equivalent to 964,620 shares) in Kenbourne Invest S.A. are 100% held by NC Telecom II AS (Address: Fridtjof Nansens plass 7, 0160 Oslo, Norway).

8.      Equity interests (equivalent to 210,469,238,899 shares) in WOM Mobile S.A. are held as follows: (a) approximately 99.9% (equivalent to 210,469,238,898 shares) by NC Telecom II AS (Address: Fridtjof Nansens plass 7, 0160 Oslo, Norway) and (b) approximately 0.01% (equivalent to 1 share) by NC Telecom AS (Address: Fridtjof Nansens plass 7, 0160 Oslo, Norway).

9.      Equity interests (equivalent to 935,550,088,583 shares) in WOM S.A. are held as follows: (a) approximately 99.9% (equivalent to 935,550,088,582 shares) by WOM Mobile S.A. (Address: General Mackenna No. 1369, Santiago, Chile) and (b) approximately 0.01% (equivalent to 1 share) by NC Telecom II AS (Address: Fridtjof Nansens plass 7, 0160 Oslo, Norway).

10.     Equity interests (equivalent to 1,000 shares) in Conect S.A. are held as follows: (a) approximately 99.9% (equivalent to 999 shares) by WOM Mobile S.A. (Address: General

Mackenna No. 1369, Santiago, Chile) and (b) approximately 0.01% (equivalent to 1 share) by NC Telecom II AS (Address: Fridtjof Nansens plass 7, 0160 Oslo, Norway).

11.     Equity interests (equivalent to 2,802,456 shares) in Multikom S.A. are held as follows: (a) approximately 99.9% (equivalent to 2,802,455 shares) by WOM Mobile S.A. (Address: General Mackenna No. 1369, Santiago, Chile) and (b) approximately 0.01% (equivalent to 1 share) by NC Telecom II AS (Address: Fridtjof Nansens plass 7, 0160 Oslo, Norway).

**Fill in this information to identify the case and this filing:**

Debtor Name ____WOM S.A._____

United States Bankruptcy Court for the: _____ District of ___Delaware___
(State)

Case number (*If known*): ___24-_____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors                    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule ____*

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☑ Other document that requires a declaration___Consolidated Corporate Ownership Statement and List of Equity Security Holders___

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___04/01/2024___          ✗ */s/ Timothy O'Connor*_____
MM / DD / YYYY                    Signature of individual signing on behalf of debtor

                         Timothy O'Connor_____
                         Printed name

                         Independent Director_____
                         Position or relationship to debtor