**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| WOM S.A., *et al.*,[1] | Case No. 24-10628 (KBO) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No. 1208** |

**SUPPLEMENTAL DECLARATION OF ALEX ORCHOWSKI OF KROLL RESTRUCTURING
ADMINISTRATION LLC REGARDING THE PRELIMINARY
RIGHTS OFFERING RESULTS AND THE SOLICITATION OF VOTES
AND TABULATION OF BALLOTS CAST ON THE AMENDED
JOINT CHAPTER 11 PLAN OF REORGANIZATION FOR
WOM S.A. AND ITS AFFILIATED DEBTORS**

I, Alex Orchowski, declare, under the penalty of perjury, that the following is true and correct to the best of my knowledge, information, and belief:

1.      I am a Director of Solicitation at Kroll Restructuring Administration LLC ("**Kroll**"), located at 1 World Trade Center, 31st Floor, New York, New York 10007.  I am over the age of eighteen and not a party in these Chapter 11 Cases. Except as otherwise noted, all facts set forth herein are based on (a) my personal knowledge, (b) knowledge that I acquired from individuals under my supervision or from the Debtors or their other professionals, and (c) my review of relevant documents.  I am authorized to submit this Supplemental Declaration (as defined below) on behalf of Kroll.  If I were called to testify, I could and would testify competently as to the facts set forth herein.

---

[1]   The Debtors in these chapter 11 cases (these "**Chapter 11 Cases**"), and each Debtor's federal tax identification number in its applicable jurisdiction of incorporation, is as follows: Kenbourne Invest S.A. (2018 2206 815); NC Telecom II AS (59.208.720-0); WOM Mobile S.A. (99.517.000-0); WOM S.A. (78.921.690-8); Conect S.A. (96.965.220-k); and Multikom S.A. (78.456.640-4).  The location of the Debtors' service address in these Chapter 11 Cases is: General Mackenna No. 1369, Santiago, Chile.

2.      On March 4, 2025, I submitted the *Declaration of Alex Orchowski of Kroll Restructuring Administration LLC Regarding the Preliminary Rights Offering Results and the Solicitation of Votes and Tabulation of Ballots Cast* on t*he Amended Joint Chapter 11 Plan of Reorganization for WOM S.A. and* its *Affiliated Debtors* [D.I. 1208] (the "**Initial Declaration**") Since filing the Initial Declaration, Kroll received six (6) Class 4 Ballots from Phoenix Tower International Chile SpA, whose Voting Deadline was extended by the Debtors until March 6, 2025 at 9:30 a.m. (prevailing Eastern Time).

3.      I now submit this declaration (the "**Supplemental Declaration**"), with respect to the solicitation of votes and the tabulation of Ballots cast on the *Amended Joint Chapter 11 Plan of Reorganization for WOM S.A. and its Affiliated Debtors*, dated January 23, 2025 [D.I. 1054] (as may be amended, supplemented, or modified from time to time, the "**Plan**") .[2] This Supplemental Declaration includes revised voting results, incorporating the aforementioned six (6) Class 4 Ballots submitted by Phoenix Tower International Chile SpA.  This Supplemental Declaration replaces and supersedes the Initial Declaration in its entirety.

4.      This Bankruptcy Court authorized Kroll's retention as (a) the claims and noticing agent to the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") pursuant to the *Order Authorizing Retention and Appointment of Kroll Restructuring Administration LLC as Claims and Noticing Agent,* entered April 3, 2024 [D.I. 79], and (b) the administrative advisor to the Debtors pursuant to the *Order Authorizing Employment and Retention of Kroll Restructuring Administration LLC as Administrative Advisor Nunc Pro Tunc to the Petition Date* [D.I. 371], entered June 14, 2024 (collectively the "**Retention Orders**").  The

---

[2]    Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Plan or the *Debtors' Memorandum of Law in Support of Confirmation of Second Amended Chapter 11 Plan of Reorganization for WOM S.A. and its Affiliated Debtors* filed contemporaneously herewith, as applicable.

Retention Orders authorize Kroll to assist the Debtors with, among other things, the service of solicitation materials to the parties entitled to vote to accept or reject the Plan and tabulation of votes cast with respect thereto.  As set forth in the applications and declarations submitted in connection with the Retention Orders, Kroll and its employees have considerable experience in soliciting and tabulating votes to accept or reject chapter 11 plans.

**Service and Transmittal of Solicitation Packages and the Tabulation Process**

5.     Pursuant to the *Order (I) Approving Disclosure Statement, (II) Approving the Solicitation Procedures and Form of Ballots for the Plan, (III) Approving the Solicitation Packages and Prescribing the Form and Manner of Notice and Distribution Thereof, (IV) Scheduling Confirmation Hearing and Establishing Related Deadlines and Procedures, (V) Approving Assumption and Cure Procedures, and (VI) Granting Related Relief*, entered January 23, 2025 [D.I. 1051] (the "**Disclosure Statement Order**"), this Bankruptcy Court (a) approved (i) the procedures to solicit votes from, and tabulate Ballots submitted by, Holders of Claims entitled to vote on the Plan (the "**Solicitation Procedures**") and the form of Ballots and (ii) the form of Notices of Non-Voting Status to Holders of Claims and Interests not entitled to vote on the Plan; and (b) established February 27, 2025 at 5:00 p.m. (prevailing Eastern Time) as the deadline for submitting votes to accept or reject the Plan (as the same may have been extended by the Debtors with respect to particular Holders, the "**Voting Deadline**").[3]

6.     The Solicitation Procedures established January 22, 2025 as the voting record date for determining which Holders of Claims were entitled to vote on the Plan (the "**Voting**

---

[3]     In accordance with the Disclosure Statement Order, including paragraph 16.xvii.a thereof, the Debtors extended the Voting Deadline to March 2, 2025 at 12:00 p.m. (ET) for Claro Chile SpA, Claro Comunicaciones SpA, VTR Comunicaciones SpA and Andean Telecom Partners Chile SpA (the "**Extended Voting Deadline**").  The Debtors also extended the Voting Deadline to March 6, 2025 at 9:30 a.m. (ET) for Phoenix Tower International Chile SpA (the "**PTI Extended Voting Deadline**").

**Record Date**").  Pursuant to the Plan and the Solicitation Procedures, only Holders of Claims as of the Voting Record Date in the following classes were entitled to vote to accept or reject the Plan (collectively, the "**Voting Classes**"):

| Class | Description |
|:-----:|:-----------:|
| 3 | Unsecured Notes Claims[4] |
| 4 | General Unsecured Claims |

7.     Votes on the Plan were tabulated on a Debtor-by-Debtor basis.  Because the Plan does not contemplate substantive consolidation for voting purposes, the voting results for each of the Voting Classes are reported as separate subclasses for each of the applicable Debtors.  No other Classes were entitled to vote on the Plan.

8.     In accordance with the Solicitation Procedures, Kroll worked closely with the Debtors and their advisors to identify Holders of Claims entitled to vote in the Voting Classes as of the Voting Record Date.  On January 30, 2025, Kroll distributed (or caused to be distributed) the Solicitation Packages (as defined in the Disclosure Statement Order), including Ballots, on all known Holders of Claims entitled to vote on the Plan as of the Voting Record Date.  Throughout this process, Kroll adhered to the Solicitation Procedures, and I supervised the solicitation and tabulation services performed by Kroll's employees.  A detailed description of Kroll's distribution of the Solicitation Packages to Holders of Claims in the Voting Classes, as well as materials to Holders of Claims or Interests in Non-Voting Classes, is set forth in Kroll's *Affidavit of Service of Solicitation Materials* (the "**Solicitation Affidavit**"), filed on February 18, 2025 [D.I. 1120].

---

[4]    It is my understanding that Kenbourne Invest S.A. is the issuer of the Class 3 Unsecured Notes, the remaining Debtors are guarantors of such Unsecured Notes, and valid Ballots received in Class 3 have been tabulated against the following Debtors: Kenbourne Invest S.A., NC Telecom II AS, WOM Mobile S.A., WOM S.A., Conect S.A., and Multikom S.A.

9.     Furthermore, on January 30, 2025, Kroll caused the Confirmation Hearing Notice to be served on the creditor matrix and all other parties required to receive such notice pursuant to the Disclosure Statement Order.

10.     As set forth in the Solicitation Affidavit, in accordance with the Disclosure Statement Order, the Solicitation Packages, the applicable Notice of Non-Voting Status, or other Plan-related materials were not distributed to holders of Claims or Interests in Class 5 (Intercompany Interests).

11.     On January 29, 2025, Kroll posted links to the electronic versions of the Plan, the Disclosure Statement, the Disclosure Statement Order, and the Confirmation Hearing Notice, in English and in Spanish, under the "Solicitation Materials" link on the left-hand navigation panel of the case website at https://cases.ra.kroll.com/.

12.     On February 6, 2025, the Confirmation Hearing Notice was published in the *New York Times* and *El Mercurio*.  The publication affidavit was filed on February 14, 2025 [D.I. 1114].

13.     Further, in accordance with the Solicitation Procedures, Kroll received, reviewed, and tabulated the Ballots submitted by Holders of Claims in the Voting Classes.  Each Ballot received by Kroll was date-stamped, scanned (if submitted on paper), assigned a ballot number, entered into Kroll's voting database, and processed in accordance with the Solicitation Procedures. To be included in the tabulation results as valid, among other requirements, a Ballot must have been (a) properly completed pursuant to the Solicitation Procedures, (b) executed by the relevant Holder of Claim entitled to vote on the Plan (or such Holder's authorized representative), (c) returned to Kroll via an approved method of delivery set forth in the Solicitation Procedures, and (d) actually received by Kroll by the Voting Deadline.[5]

---

[5]  Pursuant to paragraph 16.xx of the Disclosure Statement Order and at the direction of the Debtors, Kroll waived the defective method of submission for six (6) Class 4 Ballots submitted by Andean Telecom Partners Chile SpA,

14.     All valid ballots cast by Holders of Claims entitled to vote in the Voting Classes and received by Kroll were tabulated pursuant to the Solicitation Procedures.  Furthermore, for tabulation and voting purposes, each Claim that was asserted in a currency other than U.S. Dollars was converted to the equivalent U.S. Dollar value using the applicable exchange rate as of the Petition Date.[6]

15.     The final tabulation of votes cast by timely and properly completed Ballots received by Kroll is attached hereto as **Exhibit A**.[7]

16.     Reports of all Ballots excluded from the final tabulation prepared by Kroll, and the reasons for exclusion of such Ballots, are attached hereto as **Exhibit B-1** and **Exhibit B-2**.

---

which were received by Kroll via email before the Extended Voting Deadline , and outside of the defective method of submission, were otherwise valid submissions included in the final tabulation. Each of the aforementioned Ballots included a vote to accept the Plan in the amount of $6,136,352.61 and were counted against the following Debtor entities: WOM S.A., Kenbourne Invest S.A., Multikom S.A., NC Telecom II AS, WOM Mobile S.A., and Conect S.A. Similarly, at the direction of the Debtors, Kroll included six (6) Class 4 Ballots submitted by Phoenix Tower International Chile SpA in the final tabulation, which were received by Kroll after the Voting Deadline but before the PTI Extended Voting Deadline. Each of the aforementioned Ballots submitted by Phoenix Tower International Chile SpA included a vote to accept the Plan in the amount of $100,714,855.56 and were counted against the following Debtor entities: WOM S.A., Kenbourne Invest S.A., Multikom S.A., NC Telecom II AS, WOM Mobile S.A., and Conect S.A.

[6]   The Debtors provided Kroll with the exchange rates that were utilized to convert Claims that were asserted in a currency other than U.S. Dollars.

[7]   Pursuant to paragraph 16.vi of the Disclosure Statement Order and the *Debtors' Objection to Proof of Claim No. 137 Filed by Banco de Credito E Inversiones* filed with this Court on February 4, 2025 [Docket No. 1088], the Debtors directed Kroll to decrease the voting amount for Banco de Credito e Inversiones' Class 4 Ballot against WOM S.A., which contained a vote to reject the Plan in the amount of $63,763,036.57, to $56,547,342.41.

**Opt-In Elections**

17.      The Ballots included a box for the Holders of Claims in the Voting Classes to check to indicate that such Holder elects to "Opt-In" (the "**Opt-In Election**") to the Third-Party Release set forth in Article VIII.F of the Plan.  Reports of all Opt-In Elections received by Kroll are attached hereto as **<u>Exhibit C-1</u>** and **<u>Exhibit C-2</u>**, which include Opt-In Elections made on valid and invalid Ballots.

18.      For the avoidance of doubt, this Supplemental Declaration does not certify the validity of any such Opt-In Elections, and such information is provided for reporting and informational purposes only.

**Rights Offering**

19.      Based on knowledge provided to me by my colleagues, as of March 6, 2025, Kroll has received rights offering submissions reflecting a total purchase price of approximately (i) $70 million in the New Secured Notes, and (ii) $300 million in the New Convertible Notes. I have been further informed that based on those figures, the backstop parties would have to purchase approximately (i) $25 million in the New Secured Notes, and (ii) $105 million in the New Convertible Notes. For the avoidance of doubt, the aforementioned totals are preliminary and remain subject to further review and audit. Kroll will file a second supplemental declaration to the extent that the preliminary rights offering totals cited in this Supplemental Declaration have changed by more than a de minimis amount.

**<u>Conclusion</u>**

20.      To the best of my knowledge, information, and belief, I declare under penalty of perjury that the foregoing information concerning the distribution, submission, and tabulation of Ballots in connection with the Plan is true and correct.


Dated: March 6, 2025                      /s/ *Alex Orchowski*
                                          Alex Orchowski
                                          Director of Solicitation
                                          Kroll Restructuring Administration LLC

## Exhibit A

**Final Vote Tabulation**

**WOM S.A., Inc.** *et al.*
**Exhibit A - Final Vote Tabulation**

| Debtor Name | Class | Class Description | Number Accepting % | Number Rejecting % | Amount Accepting % | Amount Rejecting % | Class Voting Result |
|---|---|---|---|---|---|---|---|
| WOM S.A. | 3 | Unsecured Notes Claims | 187 / 96.89% | 6 / 3.11% | $514,852,400.20 / 93.95% | $33,139,599.80 / 6.05% | ACCEPT |
| | 4 | General Unsecured Claims | 33 / 89.19% | 4 / 10.81% | $227,011,399.63 / 76.36% | $70,292,307.13 / 23.64% | ACCEPT |
| **Debtor Name** | **Class** | **Class Description** | **Number Accepting %** | **Number Rejecting %** | **Amount Accepting %** | **Amount Rejecting %** | **Class Voting Result** |
| Kenbourne Invest S.A. | 3 | Unsecured Notes Claims | 187 / 96.89% | 6 / 3.11% | $514,852,400.20 / 93.95% | $33,139,599.80 / 6.05% | ACCEPT |
| | 4 | General Unsecured Claims | 2 / 100% | 0 / 0% | $106,851,208.17 / 100% | $0.00 / 0% | ACCEPT |
| **Debtor Name** | **Class** | **Class Description** | **Number Accepting %** | **Number Rejecting %** | **Amount Accepting %** | **Amount Rejecting %** | **Class Voting Result** |
| NC Telecom II AS | 3 | Unsecured Notes Claims | 187 / 96.89% | 6 / 3.11% | $514,852,400.20 / 93.95% | $33,139,599.80 / 6.05% | ACCEPT |
| | 4 | General Unsecured Claims | 2 / 100% | 0 / 0% | $106,851,208.17 / 100% | $0.00 / 0% | ACCEPT |
| **Debtor Name** | **Class** | **Class Description** | **Number Accepting %** | **Number Rejecting %** | **Amount Accepting %** | **Amount Rejecting %** | **Class Voting Result** |
| WOM Mobile S.A. | 3 | Unsecured Notes Claims | 187 / 96.89% | 6 / 3.11% | $514,852,400.20 / 93.95% | $33,139,599.80 / 6.05% | ACCEPT |
| | 4 | General Unsecured Claims | 2 / 100% | 0 / 0% | $106,851,208.17 / 100% | $0.00 / 0% | ACCEPT |
| **Debtor Name** | **Class** | **Class Description** | **Number Accepting %** | **Number Rejecting %** | **Amount Accepting %** | **Amount Rejecting %** | **Class Voting Result** |
| Conect S.A. | 3 | Unsecured Notes Claims | 187 / 96.89% | 6 / 3.11% | $514,852,400.20 / 93.95% | $33,139,599.80 / 6.05% | ACCEPT |
| | 4 | General Unsecured Claims | 2 / 100% | 0 / 0% | $106,851,208.17 / 100% | $0.00 / 0% | ACCEPT |
| **Debtor Name** | **Class** | **Class Description** | **Number Accepting %** | **Number Rejecting %** | **Amount Accepting %** | **Amount Rejecting %** | **Class Voting Result** |
| Multikom S.A. | 3 | Unsecured Notes Claims | 187 / 96.89% | 6 / 3.11% | $514,852,400.20 / 93.95% | $33,139,599.80 / 6.05% | ACCEPT |
| | 4 | General Unsecured Claims | 4 / 100% | 0 / 0% | $106,867,748.51 / 100% | $0.00 / 0% | ACCEPT |

**<u>Exhibit B-1</u>**

**Report of Ballots Excluded from the Final Tabulation**

**WOM S.A. *et al.***

**Exhibit B-1 - Report of Ballots Excluded from the Final Tabulation**

| Plan Class Number | Plan Class Name | Debtor | Name of Holder | Voting Amount | Accept / Reject | Reason(s) for Exclusion |
|---|---|---|---|---|---|---|
| 4 | General Unsecured Claims | WOM S.A. | Brinks Global Services SPA | $40,203.45 | Accept | Ballot received after the Voting Deadline |
| 4 | General Unsecured Claims | WOM S.A. | HBO OLE Distribution, L.L.C. | $556,378.17 | | Ballot did not indicate a vote to accept or reject the Plan |
| 4 | General Unsecured Claims | WOM S.A. | Turner International Latin America, Inc. | $898,441.86 | | Ballot did not indicate a vote to accept or reject the Plan |
| 4 | General Unsecured Claims | WOM S.A. | WARNERMEDIA CHILE INVERSIONES LIMITADA | $14,586.31 | | Ballot did not indicate a vote to accept or reject the Plan |

**<u>Exhibit B-2</u>**

**Report of Public Securities Ballots Excluded from the Final Tabulation**

**WOM S.A., *et al.***

**Exhibit B-2 - Report of Public Securities Ballots Excluded from the Final Tabulation**

| Plan Class Number | Plan Class Name | DTC Participant Number | DTC Participant Name | Beneficial Holder Account Number | CUSIP | Voting Amount | Accept / Reject | Reason(s) for Exclusion |
|---|---|---|---|---|---|---|---|---|
| 3 | Unsecured Notes Claims | 352 | J.P. MORGAN SECURITIES LLC/JPMC | 7755600003184682 | 48855KAC4 | $1,750,000.00 | | BALLOT DID NOT INDICATE A VOTE TO ACCEPT OR REJECT THE PLAN |
| 3 | Unsecured Notes Claims | 352 | J.P. MORGAN SECURITIES LLC/JPMC | 8522155234413079 | 48855KAC4 | $2,318,000.00 | | BALLOT DID NOT INDICATE A VOTE TO ACCEPT OR REJECT THE PLAN; |
| 3 | Unsecured Notes Claims | 352 | J.P. MORGAN SECURITIES LLC/JPMC | 0533052135742800 | LS831KAA4 | $0.00 | | BALLOT DID NOT INDICATE A VOTE TO ACCEPT OR REJECT THE PLAN; BALLOT LISTS A VOTING AMOUNT OF $0.00 |
| 3 | Unsecured Notes Claims | 352 | J.P. MORGAN SECURITIES LLC/JPMC | 6654160160988102 | LS831KAA4 | $6,678,000.00 | | BALLOT DID NOT INDICATE A VOTE TO ACCEPT OR REJECT THE PLAN |
| 3 | Unsecured Notes Claims | 352 | J.P. MORGAN SECURITIES LLC/JPMC | 0337899621210749 | LS831KAA4 | $15,129,000.00 | | BALLOT DID NOT INDICATE A VOTE TO ACCEPT OR REJECT THE PLAN |
| 3 | Unsecured Notes Claims | 352 | J.P. MORGAN SECURITIES LLC/JPMC | 1750397764108746 | LS831KAC0 | $22,406,000.00 | | BALLOT DID NOT INDICATE A VOTE TO ACCEPT OR REJECT THE PLAN |
| 3 | Unsecured Notes Claims | 352 | J.P. MORGAN SECURITIES LLC/JPMC | 1605510577098639 | LS831KAC0 | $2,800,000.00 | | BALLOT DID NOT INDICATE A VOTE TO ACCEPT OR REJECT THE PLAN |
| 3 | Unsecured Notes Claims | 902 | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION | 9374563021006362 | LS831KAC0 | $200,000.00 | | BALLOT DID NOT INDICATE A VOTE TO ACCEPT OR REJECT THE PLAN |
| 3 | Unsecured Notes Claims | 1970 | EUROCLEAR BANK SA/NV | 7704094240280005 | LS831KAC0 | $1.00 | | BALLOT DID NOT INDICATE A VOTE TO ACCEPT OR REJECT THE PLAN |
| 3 | Unsecured Notes Claims | 2767 | STATE STREET BANK & TRUST | 8556426221673380 | 48855KAA8 | $760,000.00 | Accept | NOT A RECORD DATE HOLDER |
| 3 | Unsecured Notes Claims | 2767 | STATE STREET BANK & TRUST | 1262885412900463 | 48855KAA8 | $592,000.00 | Accept | NOT A RECORD DATE HOLDER |
| 3 | Unsecured Notes Claims | 2767 | STATE STREET BANK & TRUST | 1388383123232483 | 48855KAA8 | $200,000.00 | Accept | NOT A RECORD DATE HOLDER |
| 3 | Unsecured Notes Claims | 2767 | STATE STREET BANK & TRUST | 6298511684568004 | 48855KAC4 | $212,000.00 | Accept | NOT A RECORD DATE HOLDER |

**Exhibit C-1**

**Report of Opt-In Elections**

**WOM S.A., et al.**
**Exhibit C-1 - Report of Opt-In Elections**

| Plan Class Number | Plan Class Name | Debtor | Name | Accept / Reject | Opt-In Election |
|---|---|---|---|---|---|
| 4 | General Unsecured Claims | WOM S.A. | Baker & McKenzie LLP | Accept | Elects to Opt-In to the Third Party Release |
| 4 | General Unsecured Claims | WOM S.A. | COOPERATIVA ELECTRICA LOS ANGELES LTDA | Accept | Elects to Opt-In to the Third Party Release |
| 4 | General Unsecured Claims | WOM S.A. | Forestal Arauco S.A. | Accept | Elects to Opt-In to the Third Party Release |
| 4 | General Unsecured Claims | WOM S.A. | HBO OLE Distribution, L.L.C. | | Elects to Opt-In to the Third Party Release |
| 4 | General Unsecured Claims | WOM S.A. | Milkowski, Andrzej | Accept | Elects to Opt-In to the Third Party Release |
| 4 | General Unsecured Claims | WOM S.A. | Turner International Latin America, Inc. | | Elects to Opt-In to the Third Party Release |
| 4 | General Unsecured Claims | WOM S.A. | WARNERMEDIA CHILE INVERSIONES LIMITADA | | Elects to Opt-In to the Third Party Release |
| 4 | General Unsecured Claims | WOM S.A. | ZUÑIGA, CYNTHIA RIUS | Accept | Elects to Opt-In to the Third Party Release |

## **Exhibit C-2**

**Report of Public Security Holder Opt-In Elections**

**WOM S.A., et al.**
**Exhibit C-2 - Report of Public Security Holder Opt-In Elections**

| Plan Class Number | Plan Class Name | DTC Participant Number | CUSIP | Beneficial Holder Name or Account Number | DTC Participant Name | Accept / Reject | Opt-In Election | Notes |
|---|---|---|---|---|---|---|---|---|
| 3 | Unsecured Notes Claims | 352 | LS831KAA4 | Moneda Renta CLP Fondo de Inversion | J.P. MORGAN SECURITIES LLC/JPMC | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 352 | 4885SKACA | Moneda Latam High Yield Credit Fund PLC | J.P. MORGAN SECURITIES LLC/JPMC | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 352 | LS831KAD2 | Moneda Renta CLP Fondo de Inversion | J.P. MORGAN SECURITIES LLC/JPMC | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 901 | LS831KAD2 | Moneda Latam Credit CIt | THE BANK OF NEW YORK MELLON | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 352 | LS831KAD2 | Moneda Latin America corporate Debt | J.P. MORGAN SECURITIES LLC/JPMC | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 352 | LS831KAD2 | Moneda Latin American corporate Debt | J.P. MORGAN SECURITIES LLC/JPMC | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 352 | 4885SKACA | Moneda Latam High Yield Credit Fund PLC | J.P. MORGAN SECURITIES LLC/JPMC | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 352 | LS831KAD2 | Moneda Latin American corporate Debt | J.P. MORGAN SECURITIES LLC/JPMC | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 352 | LS831KAD2 | Moneda Latam High Yield Credit Fund PLC | J.P. MORGAN SECURITIES LLC/JPMC | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 908 | LS831KAA4 | Moneda Luxembourg Sicav - Latam Corporate Credit Fund | CITIBANK, N.A. | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 908 | LS831KAD2 | Moneda Luxembourg Sicav - Latam Corporate Credit Fund | CITIBANK, N.A. | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 902 | LS831KACO | Moneda Latam High Yield Credit Fund PLC | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 902 | LS831KAD2 | Moneda Latam High Yield Credit Fund PLC | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 902 | 4885SKACA | Moneda Latam High Yield Credit Fund PLC | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 902 | LS831KAD2 | Moneda Latam High Yield Credit Fund PLC | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 2669 | 4885SKAA8 | 17578067MORO03 | THE NORTHERN TRUST COMPANY | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 997 | LS831KAD2 | 2H45 | STATE STREET BANK AND TRUST COMPANY | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 997 | LS831KACO | AEMJ | STATE STREET BANK AND TRUST COMPANY | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 997 | LS831KACO | B48K | STATE STREET BANK AND TRUST COMPANY | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 997 | LS831KACO | FOHC | STATE STREET BANK AND TRUST COMPANY | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 997 | LS831KAA4 | B95K | STATE STREET BANK AND TRUST COMPANY | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 997 | LS831KAA4 | FOHC | STATE STREET BANK AND TRUST COMPANY | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 997 | 4885SKACA | 2H45 | STATE STREET BANK AND TRUST COMPANY | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 997 | 4885SKAA8 | AEMJ | STATE STREET BANK AND TRUST COMPANY | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 997 | 4885SKACA | B48K | STATE STREET BANK AND TRUST COMPANY | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 997 | 4885SKACA | GFOA | STATE STREET BANK AND TRUST COMPANY | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 997 | LS831KAA4 | 4826 | STATE STREET BANK AND TRUST COMPANY | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 997 | LS831KAA4 | B96J | STATE STREET BANK AND TRUST COMPANY | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 901 | 4885SKAA8 | 239982 | THE BANK OF NEW YORK MELLON | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 901 | 4885SKAA8 | 298365 | THE BANK OF NEW YORK MELLON | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 901 | 4885SKAA8 | 456968 | THE BANK OF NEW YORK MELLON | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 901 | 4885SKAA8 | 456976 | THE BANK OF NEW YORK MELLON | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 901 | 4885SKAA8 | 457336 | THE BANK OF NEW YORK MELLON | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 901 | 4885SKAA8 | 496217 | THE BANK OF NEW YORK MELLON | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 901 | 4885SKAA8 | 667972 | THE BANK OF NEW YORK MELLON | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 901 | 4885SKAA8 | 781254 | THE BANK OF NEW YORK MELLON | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 901 | 4885SKAA8 | 829596 | THE BANK OF NEW YORK MELLON | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 901 | 4885SKAA8 | 896980 | THE BANK OF NEW YORK MELLON | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 901 | LS831KAA4 | 943231 | THE BANK OF NEW YORK MELLON | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 901 | LS831KAA4 | 423492 | THE BANK OF NEW YORK MELLON | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 901 | LS831KAA4 | 623502 | THE BANK OF NEW YORK MELLON | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 901 | LS831KAA4 | 457876 | THE BANK OF NEW YORK MELLON | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 901 | LS831KAA4 | 133052 | THE BANK OF NEW YORK MELLON | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 901 | LS831KAA4 | 533321 | THE BANK OF NEW YORK MELLON | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 901 | LS831KAA4 | 457336 | THE BANK OF NEW YORK MELLON | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 901 | LS831KAA4 | 781250 | THE BANK OF NEW YORK MELLON | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 901 | LS831KAA4 | 496217 | THE BANK OF NEW YORK MELLON | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 901 | LS831KAA4 | 414785 | THE BANK OF NEW YORK MELLON | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 901 | LS831KAA4 | 414851 | THE BANK OF NEW YORK MELLON | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 901 | LS831KAA4 | 239882 | THE BANK OF NEW YORK MELLON | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 901 | LS831KAA4 | 158034 | THE BANK OF NEW YORK MELLON | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 901 | LS831KAA4 | 896980 | THE BANK OF NEW YORK MELLON | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 2802 | LS831KAA4 | A44823 | BNYMELLON/RE:BBPLC FB CAYMEN CLIENT | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 997 | 4885SKAA8 | AEMJ | STATE STREET BANK AND TRUST COMPANY | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 997 | 4885SKAA8 | B48K | STATE STREET BANK AND TRUST COMPANY | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 997 | 4885SKAA8 | D2I2 | STATE STREET BANK AND TRUST COMPANY | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 997 | 4885SKAA8 | D2I7 | STATE STREET BANK AND TRUST COMPANY | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 997 | 4885SKAA8 | GFOA | STATE STREET BANK AND TRUST COMPANY | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 997 | 4885SKAA8 | LMF4 | STATE STREET BANK AND TRUST COMPANY | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 997 | 4885SKAA8 | 5KH3 | STATE STREET BANK AND TRUST COMPANY | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 997 | 4885SKAA8 | 4826 | STATE STREET BANK AND TRUST COMPANY | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 997 | 4885SKAA8 | B98C | STATE STREET BANK AND TRUST COMPANY | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 997 | 4885SKAA8 | B9KL | STATE STREET BANK AND TRUST COMPANY | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 997 | 4885SKAA8 | B96J | STATE STREET BANK AND TRUST COMPANY | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 901 | 4885SKACA | G0000049K217 | THE BANK OF NEW YORK MELLON | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 901 | 4885SKACA | G0000067972 | THE BANK OF NEW YORK MELLON | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 901 | 4885SKACA | G00000781254 | THE BANK OF NEW YORK MELLON | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 901 | 4885SKACA | G00000896980 | THE BANK OF NEW YORK MELLON | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 901 | LS831KACO | 133052 | THE BANK OF NEW YORK MELLON | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 901 | LS831KACO | 239882 | THE BANK OF NEW YORK MELLON | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 901 | LS831KACO | 338241 | THE BANK OF NEW YORK MELLON | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 901 | LS831KACO | 414785 | THE BANK OF NEW YORK MELLON | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 901 | LS831KACO | 423492 | THE BANK OF NEW YORK MELLON | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 901 | LS831KACO | 456968 | THE BANK OF NEW YORK MELLON | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 901 | LS831KACO | 457336 | THE BANK OF NEW YORK MELLON | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 901 | LS831KACO | 457876 | THE BANK OF NEW YORK MELLON | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 901 | LS831KACO | 458208 | THE BANK OF NEW YORK MELLON | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 901 | LS831KACO | 496217 | THE BANK OF NEW YORK MELLON | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 901 | LS831KACO | 623502 | THE BANK OF NEW YORK MELLON | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 901 | LS831KACO | 781250 | THE BANK OF NEW YORK MELLON | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 901 | LS831KACO | 829596 | THE BANK OF NEW YORK MELLON | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 901 | LS831KACO | 896980 | THE BANK OF NEW YORK MELLON | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 901 | 4885SKAA8 | 36393464703310756 | THE BANK OF NEW YORK MELLON | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 10 | 4885SKAA8 | 7433181761183243 | BROWN BROTHERS HARRIMAN & CO. | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 10 | 4885SKAA8 | 3960639364070248 | BROWN BROTHERS HARRIMAN & CO. | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 2767 | 4885SKAA8 | 8556426210173380 | SSB - BLACKROCK INSTITUTIONAL TRUST | Accept | Elects to Opt-In to the Third Party Release | NOT A RECORD DATE HOLDER |
| 3 | Unsecured Notes Claims | 2767 | 4885SKAA8 | 1262885412900663 | SSB - BLACKROCK INSTITUTIONAL TRUST | Accept | Elects to Opt-In to the Third Party Release | NOT A RECORD DATE HOLDER |
| 3 | Unsecured Notes Claims | 2767 | 4885SKAA8 | 1388381323232483 | SSB - BLACKROCK INSTITUTIONAL TRUST | Accept | Elects to Opt-In to the Third Party Release | NOT A RECORD DATE HOLDER |
| 3 | Unsecured Notes Claims | 1970 | 4885SKAA8 | 1100953404495081 | EUROCLEAR BANK SA/NV | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 902 | 4885SKAA8 | 5056705237954878 | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 902 | 4885SKAA8 | 9674120918282929 | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 902 | 4885SKAA8 | 4153871040844070 | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 902 | 4885SKAA8 | 0868452451179532 | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 902 | 4885SKAA8 | 3870797942408370 | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 902 | 4885SKAA8 | 3097644137309041 | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 902 | 4885SKAA8 | 9255171594066087 | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 902 | 4885SKAA8 | 6562879215398258 | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 902 | 4885SKAA8 | 5122883169971876 | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 10 | 4885SKAA8 | 9323992253207702 | BROWN BROTHERS HARRIMAN & CO. | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 10 | 4885SKAA8 | 1128090324539936 | BROWN BROTHERS HARRIMAN & CO. | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 10 | 4885SKAA8 | 2345505405861150 | BROWN BROTHERS HARRIMAN & CO. | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 10 | 4885SKACA | 2950197696194510 | BROWN BROTHERS HARRIMAN & CO. | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 10 | 4885SKAA8 | 6910204017428911 | BROWN BROTHERS HARRIMAN & CO. | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 10 | 4885SKAA8 | 3393483258759670 | BROWN BROTHERS HARRIMAN & CO. | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 10 | 4885SKAA8 | 4508623609680383 | BROWN BROTHERS HARRIMAN & CO. | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 10 | 4885SKACA | 0430593925303787 | BROWN BROTHERS HARRIMAN & CO. | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 10 | 4885SKACA | 4216774787967287 | BROWN BROTHERS HARRIMAN & CO. | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 2767 | 4885SKACA | 6285166945880004 | SSB - BLACKROCK INSTITUTIONAL TRUST | Accept | Elects to Opt-In to the Third Party Release | NOT A RECORD DATE HOLDER |
| 3 | Unsecured Notes Claims | 352 | 4885SKACA | 7755600003184682 | J.P. MORGAN SECURITIES LLC/JPMC | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 352 | 4885SKACA | 8522151234413079 | J.P. MORGAN SECURITIES LLC/JPMC | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 1970 | 4885SKACA | 4218119083430599 | EUROCLEAR BANK SA/NV | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 1970 | 4885SKACA | 8434372948327267 | EUROCLEAR BANK SA/NV | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 1970 | 4885SKACA | 9457763316868954 | EUROCLEAR BANK SA/NV | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 10 | LS831KAA4 | 6254091892194836 | BROWN BROTHERS HARRIMAN & CO. | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 10 | LS831KAA4 | 0419166199520312 | BROWN BROTHERS HARRIMAN & CO. | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 10 | LS831KAA4 | 3401370833437462 | BROWN BROTHERS HARRIMAN & CO. | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 8455 | LS831KAA4 | 8708960317337778 | BARCLAYS BANK PLC NEW YORK BRANCH | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 8455 | LS831KAA4 | 1461035238668488 | BARCLAYS BANK PLC NEW YORK BRANCH | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 352 | LS831KAA4 | 0533052135742800 | J.P. MORGAN SECURITIES LLC/JPMC | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 352 | LS831KAA4 | 5603416328902102 | J.P. MORGAN SECURITIES LLC/JPMC | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 352 | LS831KAA4 | 0337899622210749 | J.P. MORGAN SECURITIES LLC/JPMC | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 1970 | LS831KAA4 | 6026458204767677 | EUROCLEAR BANK SA/NV | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 1970 | LS831KAA4 | 1976864165097677 | EUROCLEAR BANK SA/NV | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 1970 | LS831KAA4 | 1838304123835085 | EUROCLEAR BANK SA/NV | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 1970 | LS831KAA4 | 7350290242035057 | EUROCLEAR BANK SA/NV | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 908 | LS831KAA4 | 3478376770543494 | CITIBANK, N.A. | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 908 | LS831KAA4 | 3353464065277499 | CITIBANK, N.A. | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 908 | LS831KAA4 | 7728721576501834 | CITIBANK, N.A. | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 908 | LS831KAA4 | 4722156667837475 | CITIBANK, N.A. | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 908 | LS831KAA4 | 6361532333219443 | CITIBANK, N.A. | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 1970 | LS831KAA4 | 9862241123420013 | EUROCLEAR BANK SA/NV | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 10 | LS831KACO | 6648685966328273 | BROWN BROTHERS HARRIMAN & CO. | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 10 | LS831KACO | 5095960077650522 | BROWN BROTHERS HARRIMAN & CO. | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 10 | LS831KACO | 7694326889808205 | BROWN BROTHERS HARRIMAN & CO. | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 10 | LS831KACO | 0985119090546621 | BROWN BROTHERS HARRIMAN & CO. | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 352 | LS831KACO | 1750397764328746 | J.P. MORGAN SECURITIES LLC/JPMC | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 352 | LS831KACO | 1605510577098639 | J.P. MORGAN SECURITIES LLC/JPMC | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 1970 | LS831KACO | 1834562725568588 | EUROCLEAR BANK SA/NV | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 1970 | LS831KACO | 9750562928455921 | EUROCLEAR BANK SA/NV | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 1970 | LS831KACO | 0454837897652124 | EUROCLEAR BANK SA/NV | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 1970 | LS831KACO | 6549709788955607 | EUROCLEAR BANK SA/NV | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 1970 | LS831KACO | 8211205281988662 | EUROCLEAR BANK SA/NV | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 908 | LS831KACO | 5336107092212208 | CITIBANK, N.A. | Accept | Elects to Opt-In to the Third Party Release | |

**WOM S.A., et al.**
**Exhibit C-2 – Report of Public Security Holder Opt-In Elections**

| Plan Class Number | Plan Class Name | DTC Participant Number | CUSIP | Beneficial Holder Name or Account Number | DTC Participant Name | Accept / Reject | Opt-In Election | Notes |
|---|---|---|---|---|---|---|---|---|
| 3 | Unsecured Notes Claims | 908 | L5831XAC0 | 22739068421091593 | CITIBANK, N.A. | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 908 | L5831XAC0 | 6564838435091878 | CITIBANK, N.A. | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 908 | L5831XAC0 | 14530459464302S6 | CITIBANK, N.A. | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 908 | L5831XAC0 | 7347907924940735 | CITIBANK, N.A. | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 908 | L5831XAC0 | 9888199860740389 | CITIBANK, N.A. | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 902 | L5831XAC0 | 93745630210061362 | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 1970 | L5831XAC0 | 3387731876318215 | EUROCLEAR BANK SA/NV | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 1970 | L5831XAC0 | 9818622227646974 | EUROCLEAR BANK SA/NV | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 1970 | L5831XAC0 | 6530575280228455 | EUROCLEAR BANK SA/NV | Accept | Elects to Opt-In to the Third Party Release | |
| 3 | Unsecured Notes Claims | 1970 | L5831XAC0 | 4386076701552430 | EUROCLEAR BANK SA/NV | Accept | Elects to Opt-In to the Third Party Release | |