# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| WOM S.A., *et al.*[1] | ) Case No. 24-10628 (KBO) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**NOTICE OF SECOND *AMENDED*[2] AGENDA OF MATTERS SCHEDULED
FOR HEARING ON MARCH 6, 2025 AT 9:30 A.M. (ET)**

> **THIS PROCEEDING WILL BE CONDUCTED IN-PERSON.
> ALL COUNSEL AND WITNESSES ARE EXPECTED TO ATTEND UNLESS
> PERMITTED TO APPEAR REMOTELY VIA ZOOM.**
>
> **PLEASE REFER TO JUDGE OWENS'S CHAMBERS PROCEDURES
> (https://www.deb.uscourts.gov/content/judge-karen-b-owens) AND THE COURT'S
> WEBSITE (http://www.deb.uscourts.gov/ecourt-appearances) FOR INFORMATION
> ON THE METHOD OF ALLOWED PARTICIPATION (VIDEO OR AUDIO), JUDGE
> OWENS'S EXPECTATIONS OF REMOTE PARTICIPANTS, AND THE ADVANCE
> REGISTRATION REQUIREMENTS.**
>
> **REGISTRATION IS REQUIRED BY 4:00 P.M. (ET) THE BUSINESS
> DAY BEFORE THE HEARING UNLESS OTHERWISE NOTICED USING
> THE *eCourtAppearances* TOOL AVAILABLE ON THE COURT'S WEBSITE.**

**I.    ADJOURNED MATTERS:**

1. Debtors' Second Omnibus Motion for Entry of an Order (I) Authorizing Assumption of Certain Unexpired Leases and (II) Granting Related Relief [Docket No. 799; filed October 25, 2024]

   Response/Objection Deadline:  November 26, 2024 at 4:00 p.m. (ET); extended for certain lease counterparties

---

[1] The Debtors in these chapter 11 cases (the "Chapter 11 Cases"), and each Debtor's federal tax identification number in its applicable jurisdiction of incorporation, are as follows: Kenbourne Invest S.A. (2018 2206 815); NC Telecom II AS (59.208.720-0); WOM Mobile S.A. (99.517.000-0); WOM S.A. (78.921.690-8); Conect S.A. (96.965.220-k); and Multikom S.A. (78.456.640-4).  The location of the Debtors' service address in these Chapter 11 Cases is: General Mackenna No. 1369, Santiago, Chile.

[2] **Amended agenda items appear in bold.**

Responses/Objections:

A.     Informal comments from certain lease counterparties

Related Documents:

i.     Motion of Debtors for Entry of Order (I) Approving Form and Manner of Notice and Service of the Debtors' Second Omnibus Assumption Motion, (II) Waiving the Requirements of Bankruptcy Rule 6006(f)(6), and (III) Granting Related Relief [Docket No. 800; filed October 25, 2024]

ii.     Notice of Debtors' Motion to Assume Certain Unexpired Leases and Hearing Related Thereto - English Version [Docket No. 801; filed October 25, 2024]

iii.     Notice of Debtors' Motion to Assume Certain Unexpired Leases and Hearing Related Thereto - Spanish Version [Docket No. 802; filed October 25, 2024]

iv.     Certification of No Objection Regarding Debtors' Motion for Entry of Order (I) Approving Form and Manner of Notice and Service of the Debtors' Second Omnibus Assumption Motion, (II) Waiving the Requirements of Bankruptcy Rule 6006(f)(6), and (III) Granting Related Relief [Docket No. 824; filed November 13, 2024]

v.     Order (I) Approving Form and Manner of Notice and Service of the Debtors' Second Omnibus Assumption Motion, (II) Waiving the Requirements of Bankruptcy Rule 6006(f)(6), and (III) Granting Related Relief [Docket No. 825; entered November 13, 2024]

Status: The hearing on this matter has been adjourned to the hearing scheduled for March 26, 2025 at 11:00 a.m. (ET).

2.     Debtors' Objection to Proofs of Claim Filed by Empresa Nacional de Telecomunicaciones S.A. and Its Affiliates [Docket No. 1086; filed February 4, 2025]

Response/Objection Deadline: February 25, 2025 at 4:00 p.m. (ET)

Responses/Objections: None.

Related Documents:

i.     Notice of Filing of Certified Translations of Certain Exhibits to the Debtors' Objection to Proofs of Claim Filed by Empresa Nacional de

        Telecomunicaciones S.A. and Its Affiliates [Docket No. 1103; filed February 13, 2025]

    Status: The hearing on this matter has been adjourned to the hearing scheduled for March 26, 2025 at 11:00 a.m. (ET).

3.   Debtors' Objection to Proof of Claim No. 137 Filed by Banco de Crédito e Inversiones [Docket No. 1088; filed February 4, 2025]

    Response/Objection Deadline:  February 25, 2025 at 4:00 p.m. (ET)

    Responses/Objections:

    A.   Response of Banco de Crédito e Inversiones in Opposition to Debtors' Objection to Proof of Claim No. 137 Filed by Banco de Crédito e Inversiones [Docket No. 1155; filed February 25, 2025]

    Related Documents:  None.

    Status: At the direction of the Court, this matter is adjourned to the hearing scheduled for March 26, 2025 at 11:00 a.m. (ET).

## II.   RESOLVED MATTER:

4.   Debtors' Motion Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019 for Entry of an Order Approving a Settlement Between the Debtors, the Official Committee of Unsecured Creditors, the Ad Hoc Group of WOM Noteholders, the Novator Entities, and the Novator Individuals [Docket No. 1104; filed February 13, 2025]

    Response/Objection Deadline:  February 27, 2025 at 4:00 p.m. (ET)

    Responses/Objections:  None.

    Related Documents:

    i.   Declaration of Christopher S. Sontchi in Support of Debtors' Motion Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019 for Entry of an Order Approving a Settlement Between the Debtors, the Official Committee of Unsecured Creditors, the Ad Hoc Group of WOM Noteholders, the Novator Entities, and the Novator Individuals [Docket No. 1105; filed February 13, 2025]

    ii.   Statement of the Official Committee of Unsecured Creditors in Support of the Debtors' Motion Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019 for Entry of an Order Approving a

        Settlement Between the Debtors, the Official Committee of Unsecured Creditors, the Ad Hoc Group of WOM Noteholders, the Novator Entities, and the Novator Individuals [Docket No. 1188; filed February 28, 2025]

   iii.    Certificate of No Objection Regarding Debtors' Motion Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019 for Entry of an Order Approving a Settlement Between the Debtors, the Official Committee of Unsecured Creditors, the Ad Hoc Group of WOM Noteholders, the Novator Entities, and the Novator Individuals [Docket No. 1192; filed February 28, 2025]

   iv.    Order Approving a Settlement Between the Debtors, the Official Committee of Unsecured Creditors, the Ad Hoc Group of WOM Noteholders, the Novator Entities, and the Novator Individuals [Docket No. 1197; entered March 3, 2025]

Status: On March 3, 2025, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.

## III. CONFIRMATION:

**5.** Second Amended Joint Chapter 11 Plan of Reorganization for WOM S.A. and Its Affiliated Debtors [Docket No. 1224; filed March 4, 2025]

Response/Objection Deadline: February 27, 2025 at 4:00 p.m. (ET); extended to February 28, 2025 at 12:00 p.m. (ET) for the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee"); extended to March 2, 2025 at 12:00 p.m. (ET) for and , Claro Chile SpA, Claro Comunicaciones SpA, and VTR Comunicaciones SpA Claro Chile S.A. and VTR Comunicaciones SpA (collectively, "Claro & VTR") and Liberty Mutual Insurance ("Liberty Mutual"); extended to March 2, 2025 at 1:00 p.m. (ET) for Bank of China Hong Kong Limited, Bank of China Shenzhen Branch, Industrial and Commercial Bank of China Shenzhen Branch, China Construction Bank Corporation Shenzhen Branch (collectively, "BoC") and Huawei (Chile) S.A. Technologies Co., Ltd. ("Huawei"); extended to March 3, 2025 at 4:00 p.m. (ET) for Chubb INA Holdings Seguros Chile S.A. ("Chubb"); extended to March 4, 2025 at 9:00 a.m. (ET) for Phoenix Tower International ("PTI")

Responses/Objections:

A. Amended Objection of Ad Hoc Group of Excluded Noteholders to the Amended Joint Chapter 11 Plan of Reorganization for WOM S.A. and Its Affiliated Debtors [Docket No. 1184; filed February 27, 2025]

   i. Preliminary Objection of Ad Hoc Group of Excluded Noteholders to the Amended Joint Chapter 11 Plan of Reorganization for WOM S.A. and Its Affiliated Debtors [Docket No. 1110; filed February 14, 2025]

   ii. Declaration of Joshua Nahas of Dundon Advisers, LLC in Support of Preliminary Objection of Ad Hoc Group of Excluded Noteholders to the Amended Joint Chapter 11 Plan of Reorganization for WOM S.A. and Its Affiliated Debtors [Docket No. 1111; filed February 14, 2025]

B. Objection of Banco de Crédito e Inversiones to Confirmation of the Amended Joint Chapter 11 Plan of Reorganization for WOM S.A. and Its Affiliated Debtors [Docket No. 1183; filed February 27, 2025]

C. Objection and Reservation of Rights of Phoenix Tower International Chile SpA to Plan and Debtors Notice of Cure Amounts and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Chapter 11 Plan [Docket No. 1201; filed March 4, 2025]

D. Informal comments from the U.S. Trustee

E. Informal comments from Liberty Mutual

F. Informal comments from Chubb

G. Informal comments from BoC

H. Informal comments from Huawei

Cure Objection Deadline:   February 27, 2025 at 4:00 p.m. (ET); extended for various parties

Cure Objections / Responses Received:

I. Adecco Recursos Humanos, S.A.'s Objection and Reservation of Rights to the Notice of (I) Potential Executory Contracts or Unexpired Leases to be Assumed Pursuant to the Plan, (II) Fixing of the Cure Costs Related Thereto, and (III) Deadline to Object Thereto [Docket No. 1165; filed February 26, 2025]

<blockquote>

<u>Status</u>: **The Debtors are working to resolve the cure objection.  To the extent unresolved prior to the hearing, the hearing on this objection is continued to a date to be determined.**

</blockquote>

J. Limited Objection of Microsoft to Notice of (I) Potential Executory Contracts or Unexpired Leases to be Assumed Pursuant to the Plan, (II) Fixing of the Cure Costs Related Thereto, and (III) Deadline to Object Thereto [Docket No. 1181; filed February 27, 2025]

<blockquote>

<u>Status</u>: The Debtors are working to resolve the cure objection.  To the extent unresolved prior to the hearing, the hearing on this objection is continued to a date to be determined.

</blockquote>

K. Limited Objection and Reservation of Rights of Apple Services LATAM LLC to the Debtors' Notice of Potential Assumption of Executory Contracts and Unexpired Leases and Cure Costs [Docket No. 1182; filed February 27, 2025]

<blockquote>

<u>Status</u>: The Debtors are working to resolve the cure objection.  To the extent unresolved prior to the hearing, the hearing on this objection is continued to a date to be determined.

</blockquote>

L. Limited Objection and Reservation of Rights of Google LLC to the Potential Assumption of Executory Contracts [Docket No. 1193; filed February 28, 2025]

<blockquote>

<u>Status</u>: The Debtors are working to resolve the cure objection.  To the extent unresolved prior to the hearing, the hearing on this objection is continued to a date to be determined.

</blockquote>

M. Amazon Web Services, Inc.'s Limited Objection to Notice Of (I) Potential Executory Contracts or Unexpired Leases to be Assumed Pursuant to the Plan, (II) Fixing of the Cure Costs Related Thereto, and (III) Deadline to Object Thereto [Docket No. 1195; filed February 28, 2025]

<blockquote>

<u>Status</u>: This matter is resolved.

</blockquote>

N. Limited Objection and Reservation of Rights of Idemia do Brasil to Notice (I) Potential Executory Contracts or Unexpired Leases to be Assumed Pursuant to the Plan, (II) Fixing the Cure Costs Related Thereto, and (III) Deadline to Object Thereto [Docket No. 1196; filed March 2, 2025]

<blockquote>

<u>Status</u>: The Debtors are working to resolve the cure objection.  To the extent unresolved prior to the hearing, the hearing on this objection is continued to a date to be determined.

</blockquote>

O. Objection and Reservation of Rights of Phoenix Tower International Chile SpA to Plan and Debtors Notice of Cure Amounts and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Chapter 11 Plan [Docket No. 1201; filed March 4, 2025]

Status: The Debtors are working to resolve the cure objection. To the extent unresolved prior to the hearing, the hearing on this objection is continued to a date to be determined.

P. Informal comments from Andean Telecom Partners

Status: This response is resolved.

Q. Informal comments from ATC Sitios de Chile S.A. and LAP Inmobiliaria Limitada

Status: The Debtors are working to resolve the informal comments. To the extent unresolved prior to the hearing, the hearing on this objection is continued to a date to be determined.

R. Informal comments from BoC

Status: This response is resolved.

S. Informal comments from Boku Network Services UK Ltd.

Status: This response is resolved.

T. Informal comments from Claro & VTR

Status: This response is resolved.

U. Informal comments from Empresa Nacional de Telecomunicaciones S.A.

Status: This response is resolved.

V. Informal comments from Huawei

Status: This response is resolved.

W. Informal comments from Netflix, Inc.

Status: This response is resolved.

X. Informal comments from Nuevos Desarrollos S.A. (Mall Plaza) and related entities

Status: The Debtors are working to resolve the informal comments. To the extent unresolved prior to the hearing, the hearing on this objection is continued to a date to be determined.

Y. Informal comments from Oracle America, Inc.

Status: This response is resolved.

Z. Informal comments from Sites Chile

Status: The Debtors are working to resolve the informal comments. To the extent unresolved prior to the hearing, the hearing on this objection is continued to a date to be determined.

AA. Informal comments from T-Mobile USA

Status: The Debtors are working to resolve the informal comments. To the extent unresolved prior to the hearing, the hearing on this objection is continued to a date to be determined.

BB. Informal comments from Universal McCann Servicios de Medios Limitada

Status: This response is resolved.

CC. Informal comments from Universal Music S.A.

Status: The Debtors are working to resolve the informal comments. To the extent unresolved prior to the hearing, the hearing on this objection is continued to a date to be determined.

Related Documents:

i. Order (I) Approving Disclosure Statement, (II) Approving the Solicitation Procedures and Form of Ballots for the Plan, (III) Approving the Solicitation Packages and Prescribing the Form and Manner of Notice and Distribution Thereof, (IV) Scheduling Confirmation Hearing and Establishing Related Deadlines and Procedures, (V) Approving Assumption and Cure Procedures, and (VI) Granting Related Relief [Docket No. 1051; entered January 23, 2025]

ii. Amended Joint Chapter 11 Plan of Reorganization for WOM S.A. and Its Affiliated Debtors [Docket No. 1054; filed January 23, 2025]

    iii.    Disclosure Statement for Amended Joint Chapter 11 Plan of Reorganization for WOM S.A. and Its Affiliated Debtors [Docket No. 1055; filed January 23, 2025]

    iv.    Notice of Approval of Disclosure Statement, Establishment of Voting Record Date, Hearing on Confirmation of the Plan, Procedures for Objection to the Confirmation of the Plan, Procedures and Deadline for Voting on the Plan [Docket No. 1056; filed January 23, 2025]

    v.    Notice of (I) Potential Executory Contracts or Unexpired Leases to be Assumed Pursuant to the Plan, (II) Fixing of the Cure Costs Related Thereto, and (III) Deadline to Object Thereto [Docket No. 1072; filed January 30, 2025]

    vi.    Certificate of Publication [Docket No. 1114; filed February 14, 2025]

    vii.    Affidavit of Service of Solicitation Materials [Docket No. 1120; filed February 18, 2025]

    viii.    Notice of Filing of Plan Supplement in Connection with Amended Joint Chapter 11 Plan of Reorganization for WOM S.A. and Its Affiliated Debtors [Docket No. 1131; filed February 20, 2025]

    ix.    Affidavit of Service of Solicitation Materials [Docket No. 1185; filed February 27, 2025]

    x.    Declaration of Christopher S. Sontchi in Support of Confirmation of Second Amended Joint Chapter 11 Plan of Reorganization for WOM S.A. and Its Affiliated Debtors [Docket No. 1207; filed March 4, 2025]

    xi.    Declaration of Alex Orchowski of Kroll Restructuring LLC Regarding the Preliminary Rights Offering Results and the Solicitation of Votes and Tabulation of Ballots Cast on the Amended Joint Chapter 11 Plan of Reorganization for WOM S.A. and Its Affiliated Debtors [Docket No. 1208; filed March 4, 2025]

    xii.    Declaration of Marcelo Messer in Support of Confirmation of the Second Amended Joint Chapter 11 Plan of Reorganization for WOM S.A. and Its Affiliated Debtors [Docket No. 1209; filed March 4, 2025]

    xiii.    Debtors' Memorandum of Law in Support of Confirmation of the Second Amended Joint Chapter 11 Plan of Reorganization for WOM S.A. and Its Affiliated Debtors [Docket No. 1210; filed March 4, 2025]

    xiv.    Joinder of Ad Hoc Group of WOM Noteholders to the Debtors' Memorandum of Law in Support of Confirmation of the Second Amended Joint Chapter 11 Plan of Reorganization for WOM S.A. and its Affiliated

    Debtors and Statement in Support of Plan [Docket No. 1211; filed March 4, 2025]

xv. Declaration of Robert Wagstaff in Support of Confirmation of the Second Amended Joint Chapter 11 Plan of Reorganization for WOM S.A. and Its Affiliated Debtors [Docket No. 1212; filed March 4, 2025]

xvi. Notice of Filing of Proposed Confirmation Order [Docket No. 1213; filed March 4, 2025]

xvii. Motion of Debtors for Entry of an Order Authorizing the Debtors to Exceed the Page Limit Requirement with Respect to the Debtors' Confirmation Brief [Docket No. 1214; filed March 4, 2025]

xviii. Joinder and Statement of the Official Committee of Unsecured Creditors in Support of the Second Amended Joint Chapter 11 Plan of Reorganization for WOM S.A. and Its Affiliated Debtor [Docket No. 1216; filed March 4, 2025]

xix. Joinder of U.S. Bank Trust Company, National Association, in its Capacity as Trustee, to the Debtors' Memorandum of Law in Support of Confirmation of the Second Amended Joint Chapter 11 Plan of Reorganization for WOM S.A. and Its Affiliated Debtors [Docket No. 1217; filed March 4, 2025]

xx. Supplemental Notice of (I) Potential Executory Contracts or Unexpired Leases to be Assumed Pursuant to the Plan, (II) Fixing of the Cure Costs Related Thereto, and (III) Deadline to Object Thereto [Docket No. 1221; filed March 4, 2025]

xxi. Notice of Filing of Blackline of Plan [Docket No. 1225; filed March 4, 2025]

**xxii. Order Authorizing the Debtors to Exceed the Page Limit Requirement with Respect to the Debtors' Confirmation Brief [Docket No. 1232; entered March 5, 2025]**

**xxiii. Notice of Filing of Amended Plan Supplement in Connection with Second Amended Joint Chapter 11 Plan of Reorganization for WOM S.A. and Its Affiliated Debtors [Docket No. 1235; filed March 5, 2025]**

**xxiv. Debtors' Exhibit List for the Confirmation Hearing Scheduled on March 6, 2025 at 9:30 a.m. (ET) [Docket No. 1237; filed March 5, 2025]**

**xxv. Third Amended Joint Chapter 11 Plan of Reorganization for WOM S.A. and Its Affiliated Debtors [Docket No. 1239; filed March 5, 2025]**

xxvi. Notice of Filing of Further Blackline of Plan [Docket No. 1240; filed March 5, 2025]

xxvii. Notice of Filing of Revised Proposed Confirmation Order [Docket No. 1241; filed March 5, 2025]

xxviii. Supplemental Declaration of Alex Orchowski of Kroll Restructuring LLC Regarding the Preliminary Rights Offering Results and the Solicitation of Votes and Tabulation of Ballots Cast on the Amended Joint Chapter 11 Plan of Reorganization for WOM S.A. and Its Affiliated Debtors [Docket No. 1242; filed March 6, 2025]

xxix. Debtors' Amended Exhibit List for the Confirmation Hearing Scheduled on March 6, 2025 at 9:30 a.m. (ET) [Docket No. 1243; filed March 6, 2025]

Debtors' Witness Information:

A. Christopher S. Sontchi, Independent Director of the Debtors

B. Marcelo Messer, Managing Director at Rothschild & Co US Inc.

C. Robert Wagstaff, Managing Director at Riveron RTS, LLC

D. Alex Orchowski, Director at Kroll Restructuring Administration LLC

Status: **The Debtors and PTI have resolved PTI's objection. The hearing is going forward with respect to the other confirmation objections. The hearing with respect to any unresolved cure objections or responses is adjourned.**

[*Signature page follows*]

Dated: March 6, 2025

Respectfully submitted,

*/s/ Alexander R. Steiger*

| **RICHARDS, LAYTON & FINGER, P.A.** | **WHITE & CASE LLP** |
|---|---|
| John H. Knight (No. 3848) | John K. Cunningham (admitted *pro hac vice*) |
| Amanda R. Steele (No. 5530) | Richard S. Kebrdle (admitted *pro hac vice*) |
| Brendan J. Schlauch (No. 6115) | Southeast Financial Center |
| Alexander R. Steiger (No. 7139) | 200 South Biscayne Boulevard, Suite 4900 |
| One Rodney Square | Miami, Florida 33131 |
| 920 North King Street | Telephone: (305) 371-2700 |
| Wilmington, Delaware 19801 | Email: jcunningham@whitecase.com |
| Telephone: (302) 651-7700 | rkebrdle@whitecase.com |
| Email: knight@rlf.com | |
| steele@rlf.com | Philip M. Abelson (admitted *pro hac vice*) |
| schlauch@rlf.com | Andrea Amulic (admitted *pro hac vice*) |
| steiger@rlf.com | Lilian Marques (admitted *pro hac vice*) |
| | Claire M. Campbell (admitted *pro hac vice*) |
| *Co-Counsel to Debtors and* | Peter Strom (admitted *pro hac vice*) |
| *Debtors-in-Possession* | 1221 Avenue of the Americas |
| | New York, New York 10020 |
| | Telephone: (212) 819-8200 |
| | Email: philip.abelson@whitecase.com |
| | andrea.amulic@whitecase.com |
| | lilian.marques@whitecase.com |
| | claire.campbell@whitecase.com |
| | peter.strom@whitecase.com |
| | |
| | *Co-Counsel to Debtors and* |
| | *Debtors-in-Possession* |